**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CARL NELSON,

Plaintiff,

v.

CRANE SERVICE CO., INC.

Defendant.

Case No.: 8:24-cv-00766-ABA

**PLAINTIFF'S EXHIBIT INDEX**

| EXHIBIT NUMBER | EXHIBIT NAME | CITATIONS IN BRIEF |
|---|---|---|
| 1 | Plaintiff's Declaration | 1, 16, 18 |
| 2 | Plaintiff's Contemporaneous Notes | 1 – 3, 5 – 7, 9 – 10, 16 – 20, 23 – 25 |
| 3 | Plaintiff's Answers to Defendant's First Set of Interrogatories | 1, 18 – 19, 28 |
| 4 | Plaintiff's April 3, 2025, Deposition Transcript | 2, 5 – 7, 17, 23, 25, 28 |
| 5 | December 22, 2022, Photograph of John Baldwin | 2, 17, 23 |
| 6 | Plaintiff's Call Log Evidencing Call to Mr. McGuire | 2, 9, 20 |
| 7 | January 16, 2023, Plaintiff Communication to Mr. Roy | 3, 19 |
| 8 | January 31, 2023, Plaintiff Communication to Mr. Faulkner | 3 |
| 9 | February 1, 2023, Plaintiff Communication to Mr. Faulkner | 3 |
| 10 | February 3, 2023, Plaintiff Communication to Mr. Faulkner | 3 |
| 11 | February 3, 2023, Mr. Faulkner Communication to Plaintiff | 3, 20 |
| 12 | February 3, 2023, Mr. Leach Communication to Plaintiff | 3 |

| | | |
|---|---|---|
| 13 | February 3, 2023, Investigative Summary Notes | 4, 9, 15 – 16, 18, 23, 26, fn. 3 |
| 14 | Mr. McGuire's March 18, 2025, Deposition Transcript | 4, 9, 15 |
| 15 | April 17, 2023, Declaration of Ms. Privatera | 4 – 5, 9, 15 – 16, 18 – 20 |
| 16 | April 14, 2023, Declaration of Mr. McGuire | 5, 8 – 9, 21 |
| 17 | February 21, 2023, Plaintiff Communication to Mr. McGuire | 5 |
| 18 | February 27, 2023, Plaintiff Communication to Mr. Faulkner | 6 |
| 19 | Defendant's Responses to Plaintiff's First Set of Requests for Admissions | 7 – 8, 10, 20, 23 – 26 |
| 20 | February 27, 2023, Mr. McGuire Communication to Plaintiff | 7, 24 – 25 |
| 21 | February 28, 2023, Notice of Employee Separation | 7, 25 |
| 22 | March 1, 2023, Mr. Steinhoff Communication to Management | 7 |
| 23 | Incident Timeline by Mr. Steinhoff | 7, 25 |
| 24 | February 28, 2023, Plaintiff Communication to Mr. McGuire | 8 |
| 25 | February 28, 2023, Letter from Ms. Byrd | 8, 23 |
| 26 | Ms. Byrd's April 7, 2023, Deposition Transcript | 8, 28 |
| 27 | Defendant's Fed. R. Civ. P. 30(b)(6) April 2, 2025, Deposition Transcript | 8, 21 |
| 28 | 2022/2023 Anti-Discrimination/Harassment Policies | 8, 21 |
| 29 | Dr. Fiester Expert Report | 9, 18 |
| 30 | Plaintiff's Supplemental/Amended Answers to Defendant's First Set of Interrogatories | 9, 28 |