# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CARL NELSON,<br><br>Plaintiff,<br><br>v.<br><br>CRANE SERVICE CO., INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 8:24-cv-00766-ABA |

## DECLARATION OF CARL NELSON

I, Carl Nelson, being over the age of eighteen and of sound mind do hereby declare under the penalties of perjury as follows:

1. I was hired by Crane Service Co. on or about December 19, 2022.

2. During the course of my employment with Crane Service Co., I would typically work out of the D'Arcy Road worksite which is owned and operated by Crane Service Co.

3. I began experiencing a racially hostile work environment and discrimination on or about my very first day of work for Crane Service Co. at the D'Arcy Road worksite.

4. I kept contemporaneous notes related to my experiences at the D'Arcy Road worksite and during my employment with Crane Service Co.

5. I have reviewed **Exhibit 2** to my Opposition to Crane Service Co.'s Motion for Summary Judgment and I can affirm that it is a true and accurate representation of the contemporaneous notes that I took while working at the D'Arcy Road worksite and during my employment with Crane Service Co.

6. The factual statements contained in **Exhibit 2** are true and accurate to the best of my personal knowledge.

7. The "Dave" who is identified in **Exhibit 2** is David A. Roy, Jr.

8. The "Chris" who is identified in **Exhibit 2** is Chris Thorness.

9. The "Adam" who is identified in **Exhibit 2** is Adam Leach.

10. During my time at Crane Service Co., individuals at the D'Arcy Road worksite used racial slurs and derogatory comments habitually and constantly.

11. During my time at Crane Service Co., individuals aimed racial slurs and derogatory comments at me directly.

12. I understood these individuals' use of racial slurs and derogatory comments at me to be directly motivated by and was because of my race.

13. The habitual and constant use of these racial slurs and derogatory remarks at and around me transformed my work environment into an abusive and hostile work environment.

14. The habitual and constant use of these racial slurs and derogatory remarks at and around me at the D'Arcy Road worksite was frequent and not sporadic.

15. Underscoring this racially charged work environment, many of my co-workers brought firearms to the D'Arcy Road worksite.

16. I found the work environment so abusive that I reported the hostile and abusive environment, as well as the use of racial slurs and the presence of firearms at the D'Arcy Road worksite, on multiple occasions prior to my January 31, 2023, report to Mr. Faulkner.

17. Despite my reports and complaints prior to January 31, 2023, Crane Service Co. did not investigate or take any action whatsoever until Mr. Faulkner reached out to them on or about February 3, 2023.

18. On February 27, 2023, I did not, at any time, indicate to either Mr. Faulkner or Mr. McGuire that I wanted to quit my job at Crane Service Co.

19. On that date, I recall informing both Mr. Faulkner and Mr. McGuire that I believed the D'Arcy Road worksite was unsafe and that I wanted to be transferred from that worksite to any other worksite and remain employed by Crane Service Co.

20. After Mr. McGuire informed me via email that I would be required to report to the D'Arcy Road worksite on August 28, 2023, I felt that I had no choice but to resign from my employment with Crane Service Co. because of the unsafe and hostile work environment which I had experienced, reported and complained about, and which continued unabated despite my reports and complaints.

21. Prior to submitting my resignation, I understand that Crane Service Co. terminated my employment on February 28, 2023.

22. I believe that my termination from Crane Service Co. was done because of my reports regarding a racially charged and hostile work environment and any explanation provided by Crane Service Co. contradicting that assessment is pretextual.

I HEREBY DECLARE THAT THE FOREGOING INFORMAITON IS TRUE AND ACCURATE TO THE BEST OF MY PERSONAL KNOWLEDGE.

Carl Nelson (Sep 11, 2025 16:46:06 EDT)

Carl Nelson