# EXHIBIT 2

11/15 Contact Brian [illegible] (Crane Service) ([illegible])
(Text) 202-669-6458.

Brent Loveless – "everyone this week worked 90 hours, Normal 70-90 week."
weekends are required/mandatory (Weekly pay)
mostly dispatched at 5am but change

11/17 Hiring Manager/Dispatcher, Interview at 10am. 9310 Darcy Rd
Note: He'll call back with start date.

12/2 * Brent never call back with start date. Contacted Diana via Email. Following up the apprentice position (oiler)

12/6 Diana email congradulating on joining their team and wanted me to stop in tommorow (12/7)

12/7 Arrive at Darcy Rd but Ms. Collhien told me that HR (Diana) was located at there new location Hamptom blvd. Called Diana to tell her that I was on time and she's sending me over.

(1st time inform of Hampton Blvd)

12/19 First day at Work!! : Discrimination + Harassment training. took 1 hr or so. Worked from 7:30 am to 4:00 pm. Curtis (staff admin) told me starting tommorow 12/20, arrive at Darcy rd from 7:30am to 4:00pm. and assign to (yard) Adam.

12/20 7:30 am, curtis introduced me to guys (white) and (Bi-Racial) Dave. Curtis said "show him the procedure". "Break him in" Curtis stated afterward while leaving

Main → the shop (mechanic shop) upper garage. White guys said they W... While laughing explaining that they're joking; Interesting (White dude mumble "Niggers" while walking past) at or around 7:46am, I was sent to lower shop garage

to paint, take out trash, sweep (house keeping / janitorial) work. Not assigned to crane. Said. [margin: Whom I'm assigned to in the Yard →] Adam, "I would not be leaving the yard for almost over 1yr", when question him was he a operator or appentice he said, "No, I'm not a operator, don't have opperator license (CDLs, CCO etc) I been with the company for about 20yrs". Ask "where I was from because they thought I was jamaican", I told them (adam, shawn, dave) lower garage I'm from this neighborhood." They said, "this is a bad neighborhood. Informed Brent of the issue, he said, "he'll take care of it".

12/21 7:30 am [Same guy mumbled N-word ask me, "you like it at Crane service, we will fix that"] upper garage * 6 white dudes. Dave was present. He told me, "Don't worry they racist"; "If you complain to Union or HR, it will be tossed to the side and you'll be on the blacklist because Rick Mazzella and Brian Mazzella are board members, but they don't fire or layoff if you play it cool".

* 12/22 Approximately, 200pm while painting trailer (under it) I notice someone (white guy) enter. Once I rolled out from under the trailer and spoke (introduce myself) the guy looked at me raised up his hoodie/shirt to reveal a pistol. He looked at me with disgust. → Told Brent again but about

pistol brandish to intimidate or harass me because of my race, he said, "Get tougher skin" while brushing it off like it's accepted or ordered to do so. Once asked, what about being dispatched out with the cranes, he said, "your not added in system yet, can't dispatch you, sorry".

12/23 Complaint (verbally) to Diana HR prior to christmas party. I told her, "I truly believe that there's racial discrimination towards me and I'm being harassed by supervisors/operators. Some are brandishing guns to intimidate because of my Race". But, she brush me off stating, "We don't have a weapon policy, no worries have a good time today". Told safety Rickey but same result

Rickey email Safety manuel 7:42am

(Note) Asked Union shop steward for CBA and complained to him also. Just Breifly he told me, "Let Diana HR handle it".

1/8 Request CBA copy from Union Rep.

1/10 Called Rickey McGuire (Safety) inquire discrimination and harassment on telephone approximitly 2:36pm he stated, "We'll take care of it, thank you".

1/11 or 12 Approx 11:40 am White operators and mechanics had pistols on their hips while making racial slurs/jokes. Told me to grab tag line. Once returned, one stated, "Who told the black boy to get a rope?" laughing. Note: Rope looked like mini noose. [JB had weapon and Jim Bo made statement]

Same White guys in break room JB with Weapon on hip

1/13 Adam + Chris in yard making racial slurs, devisive comments. All while armed with pistols on hips. Making reference to me as "Cookie" referring me to Carl in the "Men of honor" movie an African-American navy diver who was segrated, discriminated because of his race in Navy diving school/acaday. Told them, 'don't refer me as that' and they said, "lighten up, Andre said it first." Andrew is a former military for 7yrs who walk around with Crane Service baseball cap with his military ranks and/or patches on his hat, like a drill sargent but he's a 1st year apprentice. Andre is White, he be dispatched (assiged) daily to crane for training (on-the-job).
Approx. 11:40am (upper garage) Chris took off his coat and revealed/brandish his 9mm on his Right hip while at work station that I was working. This was because earlier, I asked (opposing) why are you guys at work with weapons/pistols you're safe here, no one will hurt you and they stated, "That's what they said at the Navy yard."
Note: After research, google 2013 armed black man shot multiple white people and they claimed the black man had a mental disability.
Then Chris stated, "They're carrying guns because they can", "They're Allowed by owners".

Brent on Vacation 7's

Note: Took off to celebrate MLK and Honor Civil Rights Act of 1964.

1/16 From disbeleif, requested company handbook from HR Diana.

1/17 approx 8:00AM, I consulted with a White 1st year

(William Gray) apprentice on why I'm not included into the dispatch

Bimbo Relative — with everyone else (Operators + apprentices)? He tried to explain that, "even though they work 12 hour shifts (days) being assigned to cranes, walking on them daily will kill you man". Day that Andrew explained what

"Cookie" meant reference towards "Men of Honor" movie Carl's true story.

approx 11:00 am, kevin called me to dispatch location, were he was taking over brent duties. He wanted to ask me was everything Okay. When I asked "why do you ask me that?" He stated, "Brent, diana + Rickey was stating that I was being racial discriminated and harrassed." He then told me to drive PU13 that the white (William Gray) was driving. The vehicle seatbelt on driver side didn't work and was in an accident to the front end. When I informed kevin on the damages of PU13, He stated, "do you want to be included or not?" I then showed him photos of the damages to cover myself because it

(He called Andrea Nigger) Seem that I was being setup to receive [illegible] writeup for destruction of property. [illegible]

(Note) Bradley Kenneth said, "Forget Black lives Matter"

→ Prior was excluded/segregated from such job assignments because of my race

(12/19-1/27)

* → First time added to company official dispatch

(1/27) (Brent + Matt) for daily crane assignments/jobsites and Weekend Work (Sat + Sunday). Matt (dispatch) needed to know what class was my license approx. 11:00 AM via text. Approx. 1:35 pm, Brent assigned me to PU16. 4 min later he proceeded to inform me that the job invoice (ticket) will be in the Box. The invoice jobsite was dispatch for 1/28. When inquire of Safety harness he laughed and said, "What are you setting signs on the pole, you're just doing Traffic Control", then said, "What you're a monkey now climbing on Poles".

(Note) First time discovered Chris last name. The company has over 4 different chris firstnames. Chris is the operator on 1/13 brandish pistol on Right hip and made racial slurs or devisive comments, refer me to Carl brasher calling me "Cookie" and told me that they can or allowed to carry pistols on the job. "Chris Thorness"

* William Gray was sick with Covid 19. I took his place to be dispatch.

1/28 When I took Chris the material (3 Def and Deisel fuel) he called me a cookie again. stating, "Thanks Cookie". Brent (text) (Disptch) me appox. 11:41 am to go out for job site Monday 5:00 am.

1/30 Approx. 8am, Brent son (Kory loveless) made racial comments/jokes stating, "All black people are slow".
(* Note:) Patrayed as lazy ....
He stated this with the operator and truck driver. John Mutispaugh (operator), Kory loveless (3rd yr Apprentice) and poncho (Driver), I don't know his real name (Poncho).

* 1/31 Wrote complaint to Union Rep regard ongoing race discrimination, harrasment, intimination, racial slurs/jokes.

2/3 (Confidential) (Written) Complaint was forwarded to Crane Service by Union Rep, steve faulkner (white). Busniss Rep asked for a meeting - (Hampton office)
Adam text me approx. 11:40 am stating, "Brent asked him to ask me to call Rickey McGuire, he's our Safety person".

* 2/9 Stated it was determined true and we're doing discrimination harassment & Weapon Policy.

*(2/14) → Mandatory meeting (Darcy Rd location only) at 5:30 am. The safety manager Rick stated, "We all know what and who this law is for and we're family that been here. We don't have that many new people". This was to verify to others that I was the complainer. I was the only African-American employee who was new and not related.
Rickey also told everyone that HR Dana is no longe here

2/17 First time receiving Safety harness from Rickey McGuire and Dispatch Brent loveless. Matt Thornton (dispatch) text job assignment TCP ticket will be printed and placed in Box like last time.

2/18 approx 5:55 am, No TCP (Traffic Control Plan) was printed to do the job affectively. Informed oiler (Cody sherman). Cody was assigned a tablet as all the others being dispatch by the company. He showed me the TCP setup off his tablet.
(Note:) Never received tablet from company or dispatch. The tablets is what All operators and apprentices (white) work off of.
→ Also the job was dispatch with the white guy initially brandish pistol at me on 12/22. First time discovering his name John Baldwin. John would not allow →

2/18 continue ↳ me to assist because of my race. He called over a White guy that's on the Companies Rigging team/Division, for his comfort. Then said, "watchout, you people".

2/20 called back in office (Hampton) follow-up on my complaint. Rickey mention, "speaking with some employees and determined that my complaint was Valid regarding Race discrimination, harassment, intimidation and or guns on Supervisors/operators". He then stated, "That's why we had meeting on 2/14 because the company never had such policies until my complaint and 2/14".

2/22 Approx 2:20pm, I've noticed/observed a ton of stickers & poster, regarding Guns. A couple were posted but one message, "Better to have a Gun and not need it, than to need a Gun and not have it".

2/23 Adam (yard) approx. 1:19 pm was driving and operating Crane Without the required permits/licensure (CDL, CCO) which is against company policy (Crane & Safety). Adam is white.

2/25 Approx 12:37pm, was text (dispatch) by Brent to see him at 6:30 am Monday.

approx. 6:25am
2/27 Brent assigned me to ST18 but told me, "that it wasn't here, it's on the way." He also stated, "Ed has the truck" and he was doing something for me real quick". When he arrived, I noticed no gas in truck (on E) and No deisel fuel in tank for the crane (almost empty). I took truck to Royal farms to put gas in it prior to departure of assignment. I was suppose to departure at 6:30 am according to ticket/invoice. Once at the gas station, while throwing away trash left in truck, I noticed a single shotgun shell behind driver side. This was about 6:44 am. When I brought back gas card and reciept, I informed Dispatch (Brent) that I was reporting this. After reporting via email approx. 12:27pm to Union rep (Steve Faulkner) he emailed back, "Carl, while I understand that this is a very concern for you it is not a violation of the CBA. I have contacted the Company". →

2/27
Continue →

Once I arrive back at Darcy Rd, Union Rep (Steve) and Safety (Rickey) was consulting Brent. Ricky told me to come back at 2:00 pm for a meeting. This happened about 1:45 pm. Because the meeting wasn't confidential and It was clear everyone (racial individuals) observed the meeting between us, I was extremely disappointed. Informed steve and Ricky that I didn't feel safe here any longer and could I be transferred to either another location if not I refuse to work in an unsafe environment. Approx. 2:20 pm (during the meeting) I told Rickey that dispatch is texting me. He then told me to take the rest of the day off and he'll be doing and investigation by talking to dispatch and Ed. But told me, "Ed didn't have anything to do with the shotgun shell." He then gave me permission to take 2/28 off until completion of investigation and he'll take care of the dispatch issue. I reiterated not safe at darcy rd location, and he said, "it's like that everywhere." Steve agreed with him but told me, "If you're not safe resign/quit". He insured not being kicked out the apprenticeship program but let Rickey do his investigation first then make the determination afterwards". left there (darcy rd) approx. 2:45 pm.

(Note) → Told them the discrimination and harassment out of Contr

2/27 continu

I feel as the Shotgun shell was a warning from CS another form of intimidation because of my race. Rickey did not agree with me on it.

Appox. 6:44pm, Rickey Email me as a follow up on our meeting. He said, "After our discussion, I reviewed our weapons policy, and ammunition by itself is not a weapon nor an explosive, so there is no policy violation." Then he said, "My understanding is that dispatch expects you to arrive by 730am at Darcy rd tommorow for your assignment. Otherwise, if you choose not to show up, then we will assume that you will no longer be employed with Crane Service Company."

2/28 approx. 4:00pm, a certified letter of Separation (termination) was sent out to my residence. The letter was tracked with time stamps. They claim I abandoned job but was "Pretext" - for discrimination

Approx. 9:38pm, responded to Rickey "Follow up email" informing him of my resignation because of intolerable work conditions and or treatment. This was instructed to be done by Union if Company doesn't do proper investigation regarding the 27th meeting addressing discrimination, harassment (shotgun shell) after dispatch continued conduct.

| Names | offense Dates |
| --- | --- |
| Rick McGuire | 12/23 → 2/28 |
| Brent loveless | 12/20 → 2/28 |
| John Matispaugh | 12/20; 12/21; 1/30 |
| John Baldwin | 12/22; 2/18 |
| JB | 1/11 |
| Jim Bo | 1/11 |
| Toni | 1/11 |
| Andrew Rosso | 1/13; 1/17 |
| William Gray | 1/17; 1/27 |
| Adam | 1/13 |
| Chris Thorness | 1/13; 1/28 |
| Kory loveless | 1/30 |
| Poncho | 1/30 |
| Bradley Kenneth | 1/17 |
| Matt thornton | 1/27; 2/17; 2/27 |
| Ed | 2/27 |

(JB, Jim Bo, Toni:) 4 others present but don't know name

Note: There are other participants but don't Know there names.