EXHIBIT 5



2:36 39%




**December 22, 2022 2:04 PM** Edit

20221222_140446.jpg
/Internal storage/DCIM/Camera

**Samsung SM-G998U**

3.34 MB | 3000x4000 | 12MP
F1.8 | 0.0ev | 1/40 s | 24mm | ISO 640