EXHIBIT 6

7:01 4G 64%

## Phone

January 11

Melvin (WTC) 6:18 PM

Adam Crane Service (Yard) 3:28 PM

1 301-336-0694
Capitol Heights, MD 8:45 AM

January 10

1 800-997-2222 6:46 PM

Adam Crane Service (Yard) 3:36 PM

Ricky McGuire (Crane Service Safety) 2:36 PM

**Mobile (202) 669-8809**
Outgoing call, 0 mins 30 sec

Adam Crane Service (Yard) 10:09 AM

Keypad **Recents** Contacts