# EXHIBIT 7



5:22 94%

DEEJAY ROY

It makes more sense now why they talked that racist shit... them guns making them feel powerful to talk shit to or about folks of color ijs

4:09 PM

Naw they been doing long before they got strapped

4:10 PM

**Message details**

Type
Text message

From
DEEJAY ROY(+18047185293)

Received
4:10 PM, Jan 16

OK