EXHIBIT 8

## RE: Greivence/ dispute

1 message

**Carl Nelson** <carlnelson411@gmail.com>
To: Steve Faulkner <steve@iuoelocal77.com>

Tue, Jan 31, 2023 at 8:43 PM

Steve,

Regarding Harassment and discrimination. First, the company are allowing prejudice (racist) supervisors and engineers to carry and conceal pistols/guns (on their person) at work as a form to intimidate/bully me as a black apprentice engineer. On several occasions, pistols/guns were intentionally showed to me at my work station (by raising their shirt or hoods) to intimidate me. They frequently also made racial slurs and or comments such as (but not limited to) "cookie, n-word, black people are so slow, who made the black guy grab a rope". One time when I asked, " why do you all have pistols/guns on you at work"? I was told, "because we can". Once I tried to ensure thay they were safe it was then stated, "that's what they said at the navy yard". In 2013, a black man suffering from mental illness opened fire there. They refuse to train me because I'm a black man with dreadlocks. The conduct unreasonably interferes with my work performance and has continued to create a hostile work environment. Thank you for your time and assistance.

[Quoted text hidden]