# EXHIBIT 9

7:51 93%

Carl Nelson Feb 1
to Steve

| | |
|---|---|
| From | Carl Nelson • carlnelson411@gmail.com |
| To | Steve Faulkner • steve@iuoelocal77.com |
| Date | Feb 1, 2023, 7:04 PM |
| | View security details |

Steve,

I apologize for missing your call earlier today. I've been experiencing phone issues but emails are best form of communication at this time.

I don't know their names only their ethnicity and racial discrimination. Unfortunately, witnesses and or victims are afraid to come forth. They say, due to consequences, being placed on the unions "blacklist". Sir, It's troubling to know that the company allows discriminatory conduct. Regarding certain dates, I did mention frequently (weekly) since December until present.

Employers/contractors have a legal duty to keep employees safe at work. Employers/contractors are responsible under the OSHACT to furnish a place of employment free from recognized hazards that could cause death or serious physical harm to its employees, and OSHA has stated, "that this duty requires employers to protect against the threat of workplace violence. Ex- on construction sites employers require the use of hard hats and limit access to heavy equipment that could result in serious injury. Like heavy equipment, guns have the potential to cause death or serious physical injury". Again, conduct is so offensive it affects my ability to do my job. Racial slurs, intimidating, bullying clearly, creating a toxic work environment.