# EXHIBIT 10

## RE: Greivence/ dispute

1 message

**Carl Nelson** <carlnelson411@gmail.com> Fri, Feb 3, 2023 at 6:36 AM
To: Steve Faulkner <steve@iuoelocal77.com>

Steve,

I did mention in previous emails that the company is allowing these prejudice engineers to have their guns at work and is definitely aware of their discriminatory conduct as well.The employer provided the class at the office for these individuals. That's why they said, "because we can". Not, only is the company fully aware of this continued harassment but is failing to take any effective action to stop it.

It's clear that you are not willing to file the appropriate and or necessary Grievances on my behalf in the matter.
[Quoted text hidden]