# EXHIBIT 11

## RE: Greivence/ dispute

1 message

**Steve Faulkner** <steve@iuoelocal77.com> Fri, Feb 3, 2023 at 8:25 AM
To: Carl Nelson <carlnelson411@gmail.com>

Mr. Nelson,

I have spoken with Crane Service regarding your allegations and have requested a meeting to discuss them. As noted in my previous email I will keep you updated throughout the process. Feel free to contact me if you have any additional questions.

[Quoted text hidden]