EXHIBIT 12

4:30 32%

Adam Crane Servic...

Tuesday, January 17

Are you at school this week 7:42 AM

Friday, February 3

<Subject: Ricky McGuire>

Brent ask me to ask you to call Ricky McGuire
He is our safety person

Ricky McGuire
(202) 669-8809

MMS 11:43 AM