EXHIBIT 13

**Crane Service Company, Inc.**

**Investigative Summary Notes – Feb. 3, 2023 @ 12:45pm**

**Attendees: Rickey McGuire (Safety Manager – Lead Interviewer), Lynn Perry (Consultant - Witness) and Carl Nelson (Claimant)**

---

Summary: On the morning of Friday, February 3, 2023, the Company's Local 77 Union Representative, Steve Faulkner, sent an email to Brian Mazzella with an attachment of text messages he received from Carl Nelson regarding concerns of his treatment at CSC.

Based on these allegations and concerns over CSC employee's safety and well-being, Brian Mazzella, asked Rickey McGuire and Lynn Perry to initiate an investigation by interviewing Carl Nelson to understand his concerns. Below is a recap of the information gathered during the discussion.

Recap Notes:

Before conducting the interview, Rickey shared the purpose of the discussion with Carl and asked him if he wanted representation before any questions were asked. He declined the offer to have representation present.

Rickey showed a copy of the email (text exchanges -see Exhibit A) to Carl to ask if the notes were familiar to him or from him. He read the page and indicated that they were in fact his words from the text messages that he sent to the Union Representative. After this was confirmed, Rickey commenced the discussion, letting Carl know that the conversation is highly confidential and that the Company sincerely wants to understand the accusations to ensure the safety and health of the working environment at the D'Arcy Road location.

Rickey posed the following question to Carl: *When did your concerns begin and can you tell us your specific situations because the summary text messages do not provide insight into situations or individuals involved in your experiences?*

Carl provided the following response: My experience with racism and hostile work environment started on my first day of employment at D'Arcy Road (Dec 19th per timecard records). Immediately upon arrival, other Black co-workers at D'Arcy Rd told me this place is racist. Carl was startled to hear this perspective while being shown around the work area. Carl said he tried not to absorb/ listen to the comments because he was there to work and not get into any situations that would jeopardize his employment. He learned that one of the apprentices, Dave (former black employee), had experienced some of the guys putting a dildo on his car on a few occasions as part of the harassment. Carl then summarized what he conveyed in the text messages.

Rickey probed further to get to specific details or instance of the hostile environment. Carl reiterated that he hears other employees (Operators and Mechanics) use the "n-word" and other derogatory comments about "Blacks being lazy" regularly and consistently at D'Arcy Road; no one day stood out from another because it is so common. Again, Rickey (and Lynn) expressed our heartfelt pain for how he was treated and we apologized and assured him that CSC does not condone these actions or want employees to have these negative experiences. Rickey/Lynn asked him again "who" was talking or

making these statements. Carl's response "ALL the Operators and Mechanics". Again, we asked for any more specific details and he said that he has heard Brad (Cannon) and Andre (Gilliam) using the "n-word" freely in the work space. Carl indicated that he has told his co-workers that he does not like hearing that word used in his presence however, it continues.

Rickey pivoted the interview to inquire about guns seen at the work site. Carl stated that he has been personally threatened by employees displaying guns to him. *Rickey asked him to describe how the incident(s) unfolded.*

Incident #1 - Carl stated that he was in a seat and someone else came over to the open seat next to him, they lifted up their sweatshirt, so their gun was visible (in a holster) and then the individual looked directly at Carl. Carl took a picture of the gun that he showed to Rickey and Lynn as evidence of the situation. He indicated that he wanted the picture as evidence to his family in case something happened to him. (Note: The photo did NOT show the face of the individual, just their body)

Incident #2 – Carl showed us another picture he took of a worker standing and leaning on a truck, where you could see the outline of a gun underneath his shirt. Again, he indicated that he wanted the picture as evidence to his family in case something happened to him. (Note: The photo did NOT show the face of the individual, just their body)

Carl then stated that he heard from some other co-workers that the Company held a (concealed) gun training class in the conference room at the work site with 40 attendees. He stated that an employee referenced the 2013 workplace incident at the Navy Yard as a reason for why they carry the gun and that management support weapons and carries weapons, so employees carry guns because they can. Carl did not remember the 2013 incident, so he looked it up on his phone and told us his interpretation of the message from the coworker. He thought the white co-worker was implying that the 2013 incident at the Navy Yard was a case where a black mentally ill employee killed seven or eight of his white colleagues, so this white employee felt he should bring a gun to protect himself at CSC. Carl's comment is that these actions are unprofessional and being around guns gives him PTSD. He wants it to stop.

The conversation shifted to asking about "who" was involved in any of the mistreatment/hostile environment to understand if all of these actions are the Operators or others. He said it is also the Mechanics. Carl recounted his experience while putting on a harness onto a piece of equipment and someone commented who gave the Black man a rope. From Carl's perspective the Operators and Mechanics hang out together. Once again, Carl felt threatened.

At one point, Lynn asked if he reported any of these actions/events to management or the on-site union representative, Oscar. Carl responded that Oscar is never there, but during another part of the conversation, he indicated Oscar seems to be part of the "group".

Rickey (and Lynn) apologize for the negative experiences he has had a CSC. Overall, Carl says that he does not want to loose his job over this and that he came forward because none of the other black workers felt comfortable to say anything. They have families or other situations where they cannot afford to lose their livelihood. We asked if others might talk, but he was not certain.

Carl said that he is at a stage in his life where is by himself and he just wants to get real work experience. He indicated that he has a certification in traffic control and he has not had an opportunity to use this skill at CSC until last weekend (Jan. 29th per timecard). Rickey asked him to send the documentation for

his records because he does not have it. Carl says that he isn't being given real work or mentored by any of the Operators. He wants to be given a chance, since as Apprentice 1, he as much skill as some others at his level at D'Arcy Road.

The conversation ended and again Rickey assured Carl that the discussion is highly confidential and that we appreciated his candor for us to explore further.

---

Conclusion: Rickey and Lynn relayed the information above to Brian Mazzella and Rick Mazzella on Feb. 3, 2023, immediately following the interview. From the information gathered the following action steps were initially agreed upon:

1. Continue investigation – all D'Arcy Rd folks (as many as possible) – Rickey + Diana/ Alyssa
2. Local 77 Union has some obligation to "train" and inform their members about laws on discrimination, etc.
3. There should be disciplinary action taken for someone involved
4. Review and update HR Manual – firearm policy
5. All Hands training at D'Arcy Road (Rickey)
6. Develop an onboarding training program (include Carl + Diana)
7. Establish Mentor/ Mentee training program to support #3 and job expectations (Diana)
8. ~~Check insurance coverage (Rick)~~
9. ~~Check AGC network and legal re: firearm policy (Rickey)~~
10. ~~Contact law enforcement POC to get firearm training (Rick)~~
11. Follow-up with Stanley McCombs based on his experience from Sept/Oct 2022 (Rickey)
12. Develop leadership/ manager training specific to harassment – it is their role to STOP hostile work environments. (Diana)
    a. Attendees: Kurt S, Brent, Jimbo, Foreman, Oscar