EXHIBIT 14

Planet Depos
We Make It Happen™

# Transcript of Rickey Steven McGuire

**Date:** March 18, 2025
**Case:** Nelson -v- Crane Service Co., Inc.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

----------------------------------X

CARL NELSON, :

Plaintiff, : Case No.

v. : 8:24-cv-00766-GLS

CRANE SERVICE CO., INC., :

Defendant. :

----------------------------------X

Deposition of RICKEY STEVEN MCGUIRE

Silver Spring, Maryland

March 18, 2025

9:59 a.m.

Job No.: 574718

Pages 1 - 214

Transcribed by: Jackie Scheer

A I can't answer that.
Q Is that you don't know?
A I don't know.
Q Okay. It also lists Ms. Perry as a witness. Would that be witness to the meeting or witness to the events?
MR. MCNAMARA: Object to the form. Calls for speculation. He said he doesn't recognize the document.
MR. TUCCI: Counsel, I appreciate it. Your objection's noted.
THE WITNESS: I don't know. I didn't create this document.
BY MR. TUCCI:
Q Okay. Was she a witness, to the best of your recollection?
A She was at the meeting.
Q Okay. And she witnessed the meeting, correct?
A She was at the meeting, correct.
Q Did she witness anything else?
MR. MCNAMARA: Object to the form.

THE WITNESS: I can't answer that.
BY MR. TUCCI:
Q Is that because you don't know?
A I don't know.
Q Now, you've had an opportunity to review the contents of Exhibit 1, correct?
A That's correct.
Q Does this document accurately portray the events of the February 3rd, 2023 meeting, to the best of your recollection?
A To summary and recap notes, yes.
Q And to be clear, there are headings on page number one of Exhibit 1. One is summary and one is recap notes, correct?
A Correct.
Q And then if we turn to page two, the next heading is incident number one, correct?
A Correct.
Q You do not agree with what's listed in incident number one?
A I agree with that.
Q What about immediately under it, incident

number two, do you -- do you agree with the content of this heading?

A I agree with the content.

Q And then that follows into page number three, correct?

A Correct.

Q The next heading would be conclusion; is that right?

A That's correct.

Q Do you agree with the content of this?

A No.

Q Why?

A I don't know where this came from.

Q That doesn't answer my question, Mr. McGuire. Why do you not agree with the content of this?

A I didn't discuss this with her. This was all done by Lynn Perry.

Q What specifically do you not agree with?

A Items two, items three, item six, item seven, and item 12.

Q Okay. So let's unpack that a little bit,