# EXHIBIT 15

**PRINCE GEORGE'S COUNTY OFFICE OF HUMAN RIGHTS**

| | | |
|---|---|---|
| CARL NELSON,<br><br>Complainant,<br><br>v.<br><br>CRANE SERVICE COMPANY, INC.,<br><br>Respondent. | ) | OHR Charge No.: OHR23-0306<br>EEOC Charge No.: 12H-2023-00011 |

---

**DECLARATION OF ALYSSA PRIVITERA IN SUPPORT OF RESPONDENT'S POSITION STATEMENT**

1. I am over the age of eighteen (18) and have personal knowledge of the statements contained in this Declaration.

2. I am currently a Human Resources business partner to Crane Service Company, Inc. ("CSC").

3. Following allegations raised by Carl Nelson, Rickey McGuire, CSC Vice President/Safety Manager, and I undertook a broad investigation. From February 7 – February 8, 2023, we interviewed 23 CSC employees at CSC's primary location, located at 9310 D'Arcy Road, Upper Marlboro, Maryland 20744. Attached as **Exhibit A** are true and accurate copies of the questionnaires that we used with the interviewees, on which Mr. McGuire and I took notes.

4. During our investigation, we learned that there was inappropriate banter back and forth between employees – initiated by both African American and White employees – that sometimes involved racial slurs. We were pleased to learn, however, from Skip Ellison, a

mechanic, and Kurt Specht, Operations Manager, that things had improved since the online anti-harassment training rolled out in November 2022.

5. We were ultimately unable to corroborate Mr. Nelson's allegations that he was called any slurs or names or was being targeted in any way. We did learn, however, that Mr. Nelson had suggested to Stanley McCombs, a driver, that people were racist at work, but Mr. McCombs told him that he didn't think that was true. Mr. Ellison also commented on Mr. Nelson during his interview, stating that Mr. Nelson was "asking strange questions about black issues." Mr. Ellison said he was uncomfortable because it seemed like Mr. Nelson had "an agenda."

6. A few employees stated that they had seen guns at work, but we could not corroborate Mr. Nelson's allegations that he was threatened with a firearm by another employee, or that another employee brandished a gun at him.

7. On February 20, 2023, Mr. McGuire and I met with Mr. Nelson to follow up on his complaint. We asked him if he had any further concerns, and he expressed that he was very appreciative of our efforts and liked the new policies. He told us that he felt things were better, and specifically thanked us for addressing all of his concerns. Mr. McGuire prepared a summary of our February 20, 2023 meeting with Mr. Nelson, which I have reviewed and which correctly summarize the discussion at the meeting. A copy of those notes is attached to Mr. McGuire's Declaration.

8. Mr. Nelson did not complain about race-based harassment again.

9. I have reviewed the Position Statement being submitted by CSC in this matter and all of the facts asserted in the Position Statement as they relate to me are true and accurate to the best of my knowledge, information, and belief.

I solemnly affirm, under the penalties of perjury and upon personal knowledge, that the contents of this document are true.

Executed on April 17, 2023

Alyssa Privitera

# EXHIBIT TO A. PRIVITERA DECLARATION

# EXHIBIT A

Employee Name: STANLEY MCCOMBS

Date: 02-08-2023

We are interviewing employees as a follow-up to the harassment training that was done at the end of last year. Our goal is make sure, we offer a good working environment and that everyone is being treated with the respect and courteousness they deserve. I am going to ask you a series of questions that I would like you to answer and please be as forthcoming with any information you have including specific situations and/or employees involved. If there are problems, we need to know what they are so we can correct them.

1. Have you been or have you witnessed someone else being treated disrespectfully because of his or her race, religion, or gender?

   A Black man whats going on
   John [illegible]

2. Have you been or have you witnessed someone being picked on or bullied for any reason while working here?

   no.

3. Do you feel uncomfortable around any other employees because you might be the victim of future harassment?

   No

4. Have you heard or seen anyone threaten physical harm to another employee while working here whether you thought they were kidding or not?

   No.

5. Has there been any incidents in the past that has made you feel uncomfortable because of the way you were treated or have seen others being treated?

   New Apprentice suggested people be racist
   But he told him he doesn't think so

6. Do you feel that some employees take joking around a little too far?

No.

7. Have you felt uncomfortable working at CSC work sites or yard locations?

no

8. Do you feel you can come to management when there is a problem?

yes.

9. Have you seen or felt uncomfortable because of other employees having a dangerous weapon?

no.

10. In your opinion, what could Crane Service do in the future to improve the work experience for our employees?

Have some quarter meetings to share any concerns

11. In your opinion, how could Crane Service improve our training for employees?

12. If you were harassed or you saw someone else being harassed, how would you handle the situation?

Employee Name: Skip Ellison

Date: 2/7/23

We are interviewing employees as a follow-up to the harassment training that was done at the end of last year. Our goal is make sure, we offer a good working environment and that everyone is being treated with the respect and courteousness they deserve. I am going to ask you a series of questions that I would like you to answer and please be as forthcoming with any information you have including specific situations and/or employees involved. If there are problems, we need to know what they are so we can correct them.

1. Have you been or have you witnessed someone else being treated disrespectfully because of his or her race, religion, or gender?

   Not recently. not since the training.

   *Prior to that →

   • 15-20 yr guys: alot of racial jokes between each other. Done in fun.

2. Have you been or have you witnessed someone being picked on or bullied for any reason while working here?

   No.

3. Do you feel uncomfortable around any other employees because you might be the victim of future harassment?

   *new employee asking strange ?'s about black issues. felt uncomfortable about the way he is asking them (like an agenda)

4. Have you heard or seen anyone threaten physical harm to another employee while working here whether you thought they were kidding or not?

   no.

5. Has there been any incidents in the past that has made you feel uncomfortable because of the way you were treated or have seen others being treated?

   not off hand. however, there have been times people have been treated poorly.

   Perpatrators are no longer here.

Eric G.
Danny
Andrew
Juan

6. Do you feel that some employees take joking around a little too far?

7. Have you felt uncomfortable working at CSC work sites or yard locations?

8. Do you feel you can come to management when there is a problem?
I have in regards to them working in "my Shop" (lower shop) I have them working. If they don't want to work I can show them out.

9. Have you seen or felt uncomfortable because of other employees having a dangerous weapon?
no - doesn't make me feel uncomfortable. b/c I know the people. but I do know they have conceal carry.

10. In your opinion, what could Crane Service do in the future to improve the work experience for our employees?
Heat for skip → physical difficulty working on concrete.

11. In your opinion, how could Crane Service improve our training for employees?

12. If you were harassed or you saw someone else being harassed, how would you handle the situation?

* Drivers / operators: Sit in cranes / trucks.

* Jimbo has asked me to let a guy go. (always on phone...) [apprentice mechanic / new apprentice]

Employee Name: Kurt Specht

Date: 2/7/23

We are interviewing employees as a follow-up to the harassment training that was done at the end of last year. Our goal is make sure, we offer a good working environment and that everyone is being treated with the respect and courteousness they deserve. I am going to ask you a series of questions that I would like you to answer and please be as forthcoming with any information you have including specific situations and/or employees involved. If there are problems, we need to know what they are so we can correct them.

1. Have you been or have you witnessed someone else being treated disrespectfully because of his or her race, religion, or gender?

   NO, but alot of "edgy" stuff running the line.

2. Have you been or have you witnessed someone being picked on or bullied for any reason while working here? happens everyday but all in good Fun.

   "hard core Locker room"

   If you watch though. No one IS "Hurt"

3. Do you feel uncomfortable around any other employees because you might be the victim of future harassment?

   NO.

4. Have you heard or seen anyone threaten physical harm to another employee while working here whether you thought they were kidding or not?

   NO.

5. Has there been any incidents in the past that has made you feel uncomfortable because of the way you were treated or have seen others being treated?

   NOt when I'm around no.

• Jimbo needs managment skills (does he want that?)

6. Do you feel that some employees take joking around a little too far?

7. Have you felt uncomfortable working at CSC work sites or yard locations?

8. Do you feel you can come to management when there is a problem?

9. Have you seen or felt uncomfortable because of other employees having a dangerous weapon?

10. In your opinion, what could Crane Service do in the future to improve the work experience for our employees?

- Shop manager - needed for the paperwork side
- Maintenance not being done - Better check + reporting

11. In your opinion, how could Crane Service improve our training for employees?

Better since training - rude/cruede has lessened.
Truck driver - meeting about keeping up with paperwork/maintence

12. If you were harassed or you saw someone else being harassed, how would you handle the situation?

Employee Name: Terry Barbour

Date: 2-8-2023

We are interviewing employees as a follow-up to the harassment training that was done at the end of last year. Our goal is make sure, we offer a good working environment and that everyone is being treated with the respect and courteousness they deserve. I am going to ask you a series of questions that I would like you to answer and please be as forthcoming with any information you have including specific situations and/or employees involved. If there are problems, we need to know what they are so we can correct them.

1. Have you been or have you witnessed someone else being treated disrespectfully because of his or her race, religion, or gender?

   No. There is joking and kidding but no one crossing the line

2. Have you been or have you witnessed someone being picked on or bullied for any reason while working here?

   No.

3. Do you feel uncomfortable around any other employees because you might be the victim of future harassment?

   No

4. Have you heard or seen anyone threaten physical harm to another employee while working here whether you thought they were kidding or not?

   No

5. Has there been any incidents in the past that has made you feel uncomfortable because of the way you were treated or have seen others being treated?

   There was an old incident but it was taken care of by mgmt.

6. Do you feel that some employees take joking around a little too far?

No. Everyone seems to respect the boundaries

7. Have you felt uncomfortable working at CSC work sites or yard locations?

No

8. Do you feel you can come to management when there is a problem?

Yes

9. Have you seen or felt uncomfortable because of other employees having a dangerous weapon?

No

10. In your opinion, what could Crane Service do in the future to improve the work experience for our employees?

maybe gift cards when the group goes without free for a certain period of time.

11. In your opinion, how could Crane Service improve our training for employees?

12. If you were harassed or you saw someone else being harassed, how would you handle the situation?

I would handle it or get mgmt. involved.

Employee Name: Mario Molina

Date: 2-8-2023

We are interviewing employees as a follow-up to the harassment training that was done at the end of last year. Our goal is make sure, we offer a good working environment and that everyone is being treated with the respect and courteousness they deserve. I am going to ask you a series of questions that I would like you to answer and please be as forthcoming with any information you have including specific situations and/or employees involved. If there are problems, we need to know what they are so we can correct them.

1. Have you been or have you witnessed someone else being treated disrespectfully because of his or her race, religion, or gender?

   No.

   when first promoted had some problems being new latino boss but nothing lately

2. Have you been or have you witnessed someone being picked on or bullied for any reason while working here?

   No

3. Do you feel uncomfortable around any other employees because you might be the victim of future harassment?

   No

4. Have you heard or seen anyone threaten physical harm to another employee while working here whether you thought they were kidding or not?

   No

5. Has there been any incidents in the past that has made you feel uncomfortable because of the way you were treated or have seen others being treated?

   No

6. Do you feel that some employees take joking around a little too far?

WE ALL LIKE TO JOKE AROUND BUT

ITS NOT EXCESSIVE,

7. Have you felt uncomfortable working at CSC work sites or yard locations?

YES WHEN WE HAD PERRIN HERE

CARRYING A GUN

8. Do you feel you can come to management when there is a problem?

YES

9. Have you seen or felt uncomfortable because of other employees having a dangerous weapon?

PERRIN LEWIS

10. In your opinion, what could Crane Service do in the future to improve the work experience for our employees?

11. In your opinion, how could Crane Service improve our training for employees?

12. If you were harassed or you saw someone else being harassed, how would you handle the situation?

STOP IT AND LET RICH E BRIAN KNOW

 [6-1 years]

Employee Name: Tony Lutz

Date: 2/7/23

We are interviewing employees as a follow-up to the harassment training that was done at the end of last year. Our goal is make sure, we offer a good working environment and that everyone is being treated with the respect and courteousness they deserve. I am going to ask you a series of questions that I would like you to answer and please be as forthcoming with any information you have including specific situations and/or employees involved. If there are problems, we need to know what they are so we can correct them.

1. Have you been or have you witnessed someone else being treated disrespectfully because of his or her race, religion, or gender?

   NO.

2. Have you been or have you witnessed someone being picked on or bullied for any reason while working here?

   NO. We tease, especially the mechanics. - we are a disfunctional family.

3. Do you feel uncomfortable around any other employees because you might be the victim of future harassment?

   NO.

4. Have you heard or seen anyone threaten physical harm to another employee while working here whether you thought they were kidding or not?

5. Has there been any incidents in the past that has made you feel uncomfortable because of the way you were treated or have seen others being treated?

* Frusterating b/c they come into the shop, using our tools for there personal vehicles.

* Kurt + Jimbo have been pushing them out here the past 2-3 months.

6. Do you feel that some employees take joking around a little too far?

7. Have you felt uncomfortable working at CSC work sites or yard locations?

8. Do you feel you can come to management when there is a problem?

9. Have you seen or felt uncomfortable because of other employees having a dangerous weapon?

NO.

10. In your opinion, what could Crane Service do in the future to improve the work experience for our employees?

• DO more accomadating for the long shifts for drivers.

11. In your opinion, how could Crane Service improve our training for employees?

then - When Alvin was here there was no training.

+

(10.) now - we can try to elaborate on is locking up after 4pm. (as well as opening)

12. If you were harassed or you saw someone else being harassed, how would you handle the situation?

* Adam + yard - do a great job cleaning up.

April 2022
hired

Employee Name: Matthew Thornton

Date: 2/7/23

We are interviewing employees as a follow-up to the harassment training that was done at the end of last year. Our goal is make sure, we offer a good working environment and that everyone is being treated with the respect and courteousness they deserve. I am going to ask you a series of questions that I would like you to answer and please be as forthcoming with any information you have including specific situations and/or employees involved. If there are problems, we need to know what they are so we can correct them.

1. Have you been or have you witnessed someone else being treated disrespectfully because of his or her race, religion, or gender?

   NO.

2. Have you been or have you witnessed someone being picked on or bullied for any reason while working here?

   NO.

3. Do you feel uncomfortable around any other employees because you might be the victim of future harassment?

   NO. (laughing)

4. Have you heard or seen anyone threaten physical harm to another employee while working here whether you thought they were kidding or not?

   NO. "Joking is pretty tame"

5. Has there been any incidents in the past that has made you feel uncomfortable because of the way you were treated or have seen others being treated?

   Kevin + his situation made me uncomfortable and it was just us alone. more angry that he was supposed

6. Do you feel that some employees take joking around a little too far?

7. Have you felt uncomfortable working at CSC work sites or yard locations?

8. Do you feel you can come to management when there is a problem?

9. Have you seen or felt uncomfortable because of other employees having a dangerous weapon?

10. In your opinion, what could Crane Service do in the future to improve the work experience for our employees?
Hire more people -x(=)Less stress

11. In your opinion, how could Crane Service improve our training for employees?

12. If you were harassed or you saw someone else being harassed, how would you handle the situation? "I would tell them let's chill out real quick."

Employee Name: Patrick Yopp

Date: 2/7/23

We are interviewing employees as a follow-up to the harassment training that was done at the end of last year. Our goal is make sure, we offer a good working environment and that everyone is being treated with the respect and courteousness they deserve. I am going to ask you a series of questions that I would like you to answer and please be as forthcoming with any information you have including specific situations and/or employees involved. If there are problems, we need to know what they are so we can correct them.

1. Have you been or have you witnessed someone else being treated disrespectfully because of his or her race, religion, or gender?

   NO.

2. Have you been or have you witnessed someone being picked on or bullied for any reason while working here?

   NO.

3. Do you feel uncomfortable around any other employees because you might be the victim of future harassment?

   NO.

4. Have you heard or seen anyone threaten physical harm to another employee while working here whether you thought they were kidding or not?

   NO.

5. Has there been any incidents in the past that has made you feel uncomfortable because of the way you were treated or have seen others being treated?

   No.

6. Do you feel that some employees take joking around a little too far?

7. Have you felt uncomfortable working at CSC work sites or yard locations?

everyone seems to mesh well.

Personally, I don't like dispatch → "everybody hates you".

8. Do you feel you can come to management when there is a problem?

9. Have you seen or felt uncomfortable because of other employees having a dangerous weapon?

NO. shocked on that one.

everyone carries a pocket knife.

10. In your opinion, what could Crane Service do in the future to improve the work experience for our employees?

- Parking ~~lots~~ are not safe (D'Arcy) trip/fall Hazard

11. In your opinion, how could Crane Service improve our training for employees?

12. If you were harassed or you saw someone else being harassed, how would you handle the situation?

(Gil heat for Skip ASAP)

Employee Name: Jimbo James Andrews

Date: 2/7/23

We are interviewing employees as a follow-up to the harassment training that was done at the end of last year. Our goal is make sure, we offer a good working environment and that everyone is being treated with the respect and courteousness they deserve. I am going to ask you a series of questions that I would like you to answer and please be as forthcoming with any information you have including specific situations and/or employees involved. If there are problems, we need to know what they are so we can correct them.

1. Have you been or have you witnessed someone else being treated disrespectfully because of his or her race, religion, or gender?

   nope.

2. Have you been or have you witnessed someone being picked on or bullied for any reason while working here?

   nope. [redacted] feels comfortable jumping in and saying something

3. Do you feel uncomfortable around any other employees because you might be the victim of future harassment?

4. Have you heard or seen anyone threaten physical harm to another employee while working here whether you thought they were kidding or not?

   NO.

5. Has there been any incidents in the past that has made you feel uncomfortable because of the way you were treated or have seen others being treated?

   Favoritism from previous safety encounters.

6. Do you feel that some employees take joking around a little too far?

7. Have you felt uncomfortable working at CSC work sites or yard locations?

8. Do you feel you can come to management when there is a problem?

9. Have you seen or felt uncomfortable because of other employees having a dangerous weapon?

10. In your opinion, what could Crane Service do in the future to improve the work experience for our employees?

- Skip needs heat.

11. In your opinion, how could Crane Service improve our training for employees?

(10) Find another area during down time.

(11) monitored tasks - I will let them struggle b/c you have to problem solve. once proven - formal training starts.

12. If you were harassed or you saw someone else being harassed, how would you handle the situation?

* Horseplay in the shop, Jimbo shows them the door. The leave briefly.

*

Employee Name: Matt Lemmon

Date: 2/7/23

We are interviewing employees as a follow-up to the harassment training that was done at the end of last year. Our goal is make sure, we offer a good working environment and that everyone is being treated with the respect and courteousness they deserve. I am going to ask you a series of questions that I would like you to answer and please be as forthcoming with any information you have including specific situations and/or employees involved. If there are problems, we need to know what they are so we can correct them.

1. Have you been or have you witnessed someone else being treated disrespectfully because of his or her race, religion, or gender?

   NO Sir.

2. Have you been or have you witnessed someone being picked on or bullied for any reason while working here?

   Occasional messing around.

3. Do you feel uncomfortable around any other employees because you might be the victim of future harassment?

   NO Sir.

4. Have you heard or seen anyone threaten physical harm to another employee while working here whether you thought they were kidding or not?

   - 4 or 5 years ago verbal altercations never physical
   - nothing recent

5. Has there been any incidents in the past that has made you feel uncomfortable because of the way you were treated or have seen others being treated?

   NO. Sir.

6. Do you feel that some employees take joking around a little too far?

7. Have you felt uncomfortable working at CSC work sites or yard locations?

Yea. Good group of guys here.

8. Do you feel you can come to management when there is a problem?

9. Have you seen or felt uncomfortable because of other employees having a dangerous weapon?

No.

10. In your opinion, what could Crane Service do in the future to improve the work experience for our employees?

Think we're working pretty good.

11. In your opinion, how could Crane Service improve our training for employees?

12. If you were harassed or you saw someone else being harassed, how would you handle the situation?

Employee Name: Brent Loveless

Date: 2/7/23

We are interviewing employees as a follow-up to the harassment training that was done at the end of last year. Our goal is make sure, we offer a good working environment and that everyone is being treated with the respect and courteousness they deserve. I am going to ask you a series of questions that I would like you to answer and please be as forthcoming with any information you have including specific situations and/or employees involved. If there are problems, we need to know what they are so we can correct them.

1. Have you been or have you witnessed someone else being treated disrespectfully because of his or her race, religion, or gender?

   NO.

2. Have you been or have you witnessed someone being picked on or bullied for any reason while working here?

   NO.

3. Do you feel uncomfortable around any other employees because you might be the victim of future harassment?

   NO.

4. Have you heard or seen anyone threaten physical harm to another employee while working here whether you thought they were kidding or not?

   NO.

5. Has there been any incidents in the past that has made you feel uncomfortable because of the way you were treated or have seen others being treated?

   NO.

6. Do you feel that some employees take joking around a little too far?

NO.

7. Have you felt uncomfortable working at CSC work sites or yard locations?

8. Do you feel you can come to management when there is a problem?

heard of it happening - it would never happen on my watch.

9. Have you seen or felt uncomfortable because of other employees having a dangerous weapon?

NO.

10. In your opinion, what could Crane Service do in the future to improve the work experience for our employees?

11. In your opinion, how could Crane Service improve our training for employees?

12. If you were harassed or you saw someone else being harassed, how would you handle the situation?

Employee Name: Connie Dehart

Date: 2/7/23

We are interviewing employees as a follow-up to the harassment training that was done at the end of last year. Our goal is make sure, we offer a good working environment and that everyone is being treated with the respect and courteousness they deserve. I am going to ask you a series of questions that I would like you to answer and please be as forthcoming with any information you have including specific situations and/or employees involved. If there are problems, we need to know what they are so we can correct them.

1. Have you been or have you witnessed someone else being treated disrespectfully because of his or her race, religion, or gender?

   NO.

2. Have you been or have you witnessed someone being picked on or bullied for any reason while working here?

   NO.

3. Do you feel uncomfortable around any other employees because you might be the victim of future harassment?

   NO.

4. Have you heard or seen anyone threaten physical harm to another employee while working here whether you thought they were kidding or not?

   NO.

5. Has there been any incidents in the past that has made you feel uncomfortable because of the way you were treated or have seen others being treated?

   NO.

6. Do you feel that some employees take joking around a little too far?

NO.

7. Have you felt uncomfortable working at CSC work sites or yard locations?

NO.

8. Do you feel you can come to management when there is a problem?

9. Have you seen or felt uncomfortable because of other employees having a dangerous weapon?

10. In your opinion, what could Crane Service do in the future to improve the work experience for our employees?

11. In your opinion, how could Crane Service improve our training for employees?

12. If you were harassed or you saw someone else being harassed, how would you handle the situation?

 Started 12/22

Employee Name: Derek Shaffer

Date: 2/7/23

We are interviewing employees as a follow-up to the harassment training that was done at the end of last year. Our goal is make sure, we offer a good working environment and that everyone is being treated with the respect and courteousness they deserve. I am going to ask you a series of questions that I would like you to answer and please be as forthcoming with any information you have including specific situations and/or employees involved. If there are problems, we need to know what they are so we can correct them.

1. Have you been or have you witnessed someone else being treated disrespectfully because of his or her race, religion, or gender?

   Not here, NO.

2. Have you been or have you witnessed someone being picked on or bullied for any reason while working here?

   No.

3. Do you feel uncomfortable around any other employees because you might be the victim of future harassment?

   No.

4. Have you heard or seen anyone threaten physical harm to another employee while working here whether you thought they were kidding or not?

   Oh No.

5. Has there been any incidents in the past that has made you feel uncomfortable because of the way you were treated or have seen others being treated?

6. Do you feel that some employees take joking around a little too far?

7. Have you felt uncomfortable working at CSC work sites or yard locations?

8. Do you feel you can come to management when there is a problem?

9. Have you seen or felt uncomfortable because of other employees having a dangerous weapon?

I'd take a bullet for any of these guys.
not one guy I've met that wasn't great

10. In your opinion, what could Crane Service do in the future to improve the work experience for our employees?

- Best shop he's ever worked.
  Not alot of High school drama / everyone seems to be professional.

Breath of fresh air walking ~~→~~ been in construction since the 90's.

11. In your opinion, how could Crane Service improve our training for employees?

everything in the hiring process was adequate.

12. If you were harassed or you saw someone else being harassed, how would you handle the situation?

Employee Name: Mike Dickenshetts

Date: 2/1/23

We are interviewing employees as a follow-up to the harassment training that was done at the end of last year. Our goal is make sure, we offer a good working environment and that everyone is being treated with the respect and courteousness they deserve. I am going to ask you a series of questions that I would like you to answer and please be as forthcoming with any information you have including specific situations and/or employees involved. If there are problems, we need to know what they are so we can correct them.

1. Have you been or have you witnessed someone else being treated disrespectfully because of his or her race, religion, or gender?

   No.

2. Have you been or have you witnessed someone being picked on or bullied for any reason while working here?

   We mess with each other all the time
   Bunch of guys screwing around, you know.

3. Do you feel uncomfortable around any other employees because you might be the victim of future harassment?

   no - gives it as well as receives it.

4. Have you heard or seen anyone threaten physical harm to another employee while working here whether you thought they were kidding or not?

5. Has there been any incidents in the past that has made you feel uncomfortable because of the way you were treated or have seen others being treated?

6. Do you feel that some employees take joking around a little too far?

7. Have you felt uncomfortable working at CSC work sites or yard locations?

I am not scared to tell them to go away so I can work!

8. Do you feel you can come to management when there is a problem?

9. Have you seen or felt uncomfortable because of other employees having a dangerous weapon?

10. In your opinion, what could Crane Service do in the future to improve the work experience for our employees?

Best Place he ever worked (6 years)

11. In your opinion, how could Crane Service improve our training for employees?

Rats -  (rat traps)
Skip

12. If you were harassed or you saw someone else being harassed, how would you handle the situation?

Employee Name: Adam Leach

Date: 2/7/23

We are interviewing employees as a follow-up to the harassment training that was done at the end of last year. Our goal is make sure, we offer a good working environment and that everyone is being treated with the respect and courteousness they deserve. I am going to ask you a series of questions that I would like you to answer and please be as forthcoming with any information you have including specific situations and/or employees involved. If there are problems, we need to know what they are so we can correct them.

1. Have you been or have you witnessed someone else being treated disrespectfully because of his or her race, religion, or gender?

   NO.

2. Have you been or have you witnessed someone being picked on or bullied for any reason while working here?

   general joking but not aggressive.

   I don't think it ever goes to far.
   It's usually the guys that know each other well.

3. Do you feel uncomfortable around any other employees because you might be the victim of future harassment?

   no.

4. Have you heard or seen anyone threaten physical harm to another employee while working here whether you thought they were kidding or not?

   NO. general - play fighting

5. Has there been any incidents in the past that has made you feel uncomfortable because of the way you were treated or have seen others being treated?

   no.

6. Do you feel that some employees take joking around a little too far?

Some people say things that they think is OK and others take offense.

7. Have you felt uncomfortable working at CSC work sites or yard locations?

* Been here for 24 years! I'd say no! :)

8. Do you feel you can come to management when there is a problem?

9. Have you seen or felt uncomfortable because of other employees having a dangerous weapon?

10. In your opinion, what could Crane Service do in the future to improve the work experience for our employees?

There is no authority at the yard.

They do enough to kill time and leave.

drivers/oilers -> do not help out when here. make excuses.

11. In your opinion, how could Crane Service improve our training for employees?

12. If you were harassed or you saw someone else being harassed, how would you handle the situation?

Employee Name: Josh Wise

Date: 2/7/23

We are interviewing employees as a follow-up to the harassment training that was done at the end of last year. Our goal is make sure, we offer a good working environment and that everyone is being treated with the respect and courteousness they deserve. I am going to ask you a series of questions that I would like you to answer and please be as forthcoming with any information you have including specific situations and/or employees involved. If there are problems, we need to know what they are so we can correct them.

1. Have you been or have you witnessed someone else being treated disrespectfully because of his or her race, religion, or gender?

   NO, there is always joking, but they never take it too far. If they did go to far what would you do? "well I can't call him a sissy."

2. Have you been or have you witnessed someone being picked on or bullied for any reason while working here?

   NO It's all a good group of guys for the most part.

   • Trying to push people out of the shop. No congregating

3. Do you feel uncomfortable around any other employees because you might be the victim of future harassment?

   NO, (laughing) everything is in a kidding manner.

4. Have you heard or seen anyone threaten physical harm to another employee while working here whether you thought they were kidding or not?

   NO.

5. Has there been any incidents in the past that has made you feel uncomfortable because of the way you were treated or have seen others being treated?

   Nope.

6. Do you feel that some employees take joking around a little too far?

7. Have you felt uncomfortable working at CSC work sites or yard locations?

8. Do you feel you can come to management when there is a problem?

I would depending on the situation

9. Have you seen or felt uncomfortable because of other employees having a dangerous weapon?

NO.

10. In your opinion, what could Crane Service do in the future to improve the work experience for our employees?

11. In your opinion, how could Crane Service improve our training for employees?

12. If you were harassed or you saw someone else being harassed, how would you handle the situation?

6 years
Driver

Employee Name: Alex Kaiser

Date: 2/7/23

We are interviewing employees as a follow-up to the harassment training that was done at the end of last year. Our goal is make sure, we offer a good working environment and that everyone is being treated with the respect and courteousness they deserve. I am going to ask you a series of questions that I would like you to answer and please be as forthcoming with any information you have including specific situations and/or employees involved. If there are problems, we need to know what they are so we can correct them.

1. Have you been or have you witnessed someone else being treated disrespectfully because of his or her race, religion, or gender?

   NO

2. Have you been or have you witnessed someone being picked on or bullied for any reason while working here?

   a long time ago (4yr + a half) Mario + Lonnie (Job arguement) Statements were made. handled Properly.

3. Do you feel uncomfortable around any other employees because you might be the victim of future harassment?

   NO. everyone that works here has tough skin.

4. Have you heard or seen anyone threaten physical harm to another employee while working here whether you thought they were kidding or not?

   NO.

5. Has there been any incidents in the past that has made you feel uncomfortable because of the way you were treated or have seen others being treated?

   NO.

6. Do you feel that some employees take joking around a little too far?

NO, someone has usually just came out and broke it up.

7. Have you felt uncomfortable working at CSC work sites or yard locations?

NO.

8. Do you feel you can come to management when there is a problem?

If it came to that. I would try to talk to them first.

9. Have you seen or felt uncomfortable because of other employees having a dangerous weapon?

NO

10. In your opinion, what could Crane Service do in the future to improve the work experience for our employees?

11. In your opinion, how could Crane Service improve our training for employees?

12. If you were harassed or you saw someone else being harassed, how would you handle the situation?

apprentice w/ a class A.

2 yrs - 2/8 Operator/Drive

Employee Name: Devante Carrette

Date: 2/7/23

We are interviewing employees as a follow-up to the harassment training that was done at the end of last year. Our goal is make sure, we offer a good working environment and that everyone is being treated with the respect and courteousness they deserve. I am going to ask you a series of questions that I would like you to answer and please be as forthcoming with any information you have including specific situations and/or employees involved. If there are problems, we need to know what they are so we can correct them.

1. Have you been or have you witnessed someone else being treated disrespectfully because of his or her race, religion, or gender?

   NO.

2. Have you been or have you witnessed someone being picked on or bullied for any reason while working here?

   NO.

3. Do you feel uncomfortable around any other employees because you might be the victim of future harassment?

   NO.

4. Have you heard or seen anyone threaten physical harm to another employee while working here whether you thought they were kidding or not?

   Joking. nothing serious.

5. Has there been any incidents in the past that has made you feel uncomfortable because of the way you were treated or have seen others being treated?

   One argument w/ Perrin Lewis on jobsite for parking on the street. (Not here anymore.)

   Went to Brent and he took record and deescalated.

6. Do you feel that some employees take joking around a little too far?

7. Have you felt uncomfortable working at CSC work sites or yard locations?

I would approach the person who hurts.

8. Do you feel you can come to management when there is a problem?

yes.

9. Have you seen or felt uncomfortable because of other employees having a dangerous weapon?

10. In your opinion, what could Crane Service do in the future to improve the work experience for our employees?

11. In your opinion, how could Crane Service improve our training for employees?

~~[illegible]~~ training is great! you do your job

12. If you were harassed or you saw someone else being harassed, how would you handle the situation?

Oscar
Max
trent

* Crawler license

 operator

Employee Name: Trent May

Date: 2/7/23

We are interviewing employees as a follow-up to the harassment training that was done at the end of last year. Our goal is make sure, we offer a good working environment and that everyone is being treated with the respect and courteousness they deserve. I am going to ask you a series of questions that I would like you to answer and please be as forthcoming with any information you have including specific situations and/or employees involved. If there are problems, we need to know what they are so we can correct them.

1. Have you been or have you witnessed someone else being treated disrespectfully because of his or her race, religion, or gender?

   NO.

2. Have you been or have you witnessed someone being picked on or bullied for any reason while working here?

   NO.

3. Do you feel uncomfortable around any other employees because you might be the victim of future harassment?

   NO.

4. Have you heard or seen anyone threaten physical harm to another employee while working here whether you thought they were kidding or not?

   No.

5. Has there been any incidents in the past that has made you feel uncomfortable because of the way you were treated or have seen others being treated?

   NO.

6. Do you feel that some employees take joking around a little too far?

NO.

7. Have you felt uncomfortable working at CSC work sites or yard locations?

NO.

8. Do you feel you can come to management when there is a problem?

9. Have you seen or felt uncomfortable because of other employees having a dangerous weapon?

NO.

10. In your opinion, what could Crane Service do in the future to improve the work experience for our employees?

11. In your opinion, how could Crane Service improve our training for employees?

12. If you were harassed or you saw someone else being harassed, how would you handle the situation?

* Better pay! :)

 Driver

Employee Name: Andre Gillian

Date: 2/7/23

We are interviewing employees as a follow-up to the harassment training that was done at the end of last year. Our goal is make sure, we offer a good working environment and that everyone is being treated with the respect and courteousness they deserve. I am going to ask you a series of questions that I would like you to answer and please be as forthcoming with any information you have including specific situations and/or employees involved. If there are problems, we need to know what they are so we can correct them.

1. Have you been or have you witnessed someone else being treated disrespectfully because of his or her race, religion, or gender?

   NO

2. Have you been or have you witnessed someone being picked on or bullied for any reason while working here?

   NO. Some people get carried away. (Mario / Mutispaugh)

3. Do you feel uncomfortable around any other employees because you might be the victim of future harassment?

   NO.

4. Have you heard or seen anyone threaten physical harm to another employee while working here whether you thought they were kidding or not?

5. Has there been any incidents in the past that has made you feel uncomfortable because of the way you were treated or have seen others being treated?

6. Do you feel that some employees take joking around a little too far?

yes, people always look at us like we're crazy.

7. Have you felt uncomfortable working at CSC work sites or yard locations?

NO.

8. Do you feel you can come to management when there is a problem?

9. Have you seen or felt uncomfortable because of other employees having a dangerous weapon?

10. In your opinion, what could Crane Service do in the future to improve the work experience for our employees?

11. In your opinion, how could Crane Service improve our training for employees?

12. If you were harassed or you saw someone else being harassed, how would you handle the situation?

* Did not take seriously * :-

 Driver

Employee Name: Sergey Volkwo

Date: 2/7/23

We are interviewing employees as a follow-up to the harassment training that was done at the end of last year. Our goal is make sure, we offer a good working environment and that everyone is being treated with the respect and courteousness they deserve. I am going to ask you a series of questions that I would like you to answer and please be as forthcoming with any information you have including specific situations and/or employees involved. If there are problems, we need to know what they are so we can correct them.

1. Have you been or have you witnessed someone else being treated disrespectfully because of his or her race, religion, or gender?

- Not really. Just playing around. Not serious.
- not taken to far.

2. Have you been or have you witnessed someone being picked on or bullied for any reason while working here?

- If you do construction you need to have thick skin.
- If you're a good worker you get treated

3. Do you feel uncomfortable around any other employees because you might be the victim of future harassment?

No.

4. Have you heard or seen anyone threaten physical harm to another employee while working here whether you thought they were kidding or not?

- Mutispaugh, Chris Smith → Bump heads alot.
- * few altercations.

5. Has there been any incidents in the past that has made you feel uncomfortable because of the way you were treated or have seen others being treated?

[John Dikon]
TT-1700 never got out of truck → Freight not cranes -

6. Do you feel that some employees take joking around a little too far?

7. Have you felt uncomfortable working at CSC work sites or yard locations?

NO.

8. Do you feel you can come to management when there is a problem?

yes, and I would.

9. Have you seen or felt uncomfortable because of other employees having a dangerous weapon?

NO. I don't see anything but Knives.

10. In your opinion, what could Crane Service do in the future to improve the work experience for our employees?

* maintence on trucks - too difficult to do ourselves. Shop is full, no parts filters etc. , Shop is Full can't get in.

* if I write something up unless I go to

11. In your opinion, how could Crane Service improve our training for employees?

12. If you were harassed or you saw someone else being harassed, how would you handle the situation?

* Mike Dickensheets -> go to gets job done.

 Driver

Employee Name: Lavelle Patterson

Date: 2/7/23

We are interviewing employees as a follow-up to the harassment training that was done at the end of last year. Our goal is make sure, we offer a good working environment and that everyone is being treated with the respect and courteousness they deserve. I am going to ask you a series of questions that I would like you to answer and please be as forthcoming with any information you have including specific situations and/or employees involved. If there are problems, we need to know what they are so we can correct them.

1. Have you been or have you witnessed someone else being treated disrespectfully because of his or her race, religion, or gender?

   Not in my prescence. I can give it back to him.

2. Have you been or have you witnessed someone being picked on or bullied for any reason while working here?

   NO.

3. Do you feel uncomfortable around any other employees because you might be the victim of future harassment?

   Some people are just short with me, but I can't directly say they don't like me.

4. Have you heard or seen anyone threaten physical harm to another employee while working here whether you thought they were kidding or not?

   NO.

5. Has there been any incidents in the past that has made you feel uncomfortable because of the way you were treated or have seen others being treated?

6. Do you feel that some employees take joking around a little too far?

7. Have you felt uncomfortable working at CSC work sites or yard locations?

NO

8. Do you feel you can come to management when there is a problem?

I'll let the person know and tell higher up.

9. Have you seen or felt uncomfortable because of other employees having a dangerous weapon?

NO. Doesn't bother me.

I have heard they carry around here.

10. In your opinion, what could Crane Service do in the future to improve the work experience for our employees?

11. In your opinion, how could Crane Service improve our training for employees?

12. If you were harassed or you saw someone else being harassed, how would you handle the situation?

 13 years Driver

Employee Name: Tony White

Date: 2/7/23

We are interviewing employees as a follow-up to the harassment training that was done at the end of last year. Our goal is make sure, we offer a good working environment and that everyone is being treated with the respect and courteousness they deserve. I am going to ask you a series of questions that I would like you to answer and please be as forthcoming with any information you have including specific situations and/or employees involved. If there are problems, we need to know what they are so we can correct them.

1. Have you been or have you witnessed someone else being treated disrespectfully because of his or her race, religion, or gender?

   Oh yeah! The black fellas get a little harassment. both on + off jobsite (N word.) They seem to stick up for themselves.

2. Have you been or have you witnessed someone being picked on or bullied for any reason while working here?

   I mean yea.. Certain people that get the shit end of the stick.

   Oilers -> get treated like shit. Belittle by operator.

3. Do you feel uncomfortable around any other employees because you might be the victim of future harassment?

4. Have you heard or seen anyone threaten physical harm to another employee while working here whether you thought they were kidding or not?

   Yes, but that employee is gone. (Truck Drivers) Gary B.

5. Has there been any incidents in the past that has made you feel uncomfortable because of the way you were treated or have seen others being treated?

   Yea. Out on jobsites directed to the oilers or the younger guys trying to learn + help.

6. Do you feel that some employees take joking around a little too far?

7. Have you felt uncomfortable working at CSC work sites or yard locations?

8. Do you feel you can come to management when there is a problem?

9. Have you seen or felt uncomfortable because of other employees having a dangerous weapon?

10. In your opinion, what could Crane Service do in the future to improve the work experience for our employees?

Compensate me for the long days/nights.

11. In your opinion, how could Crane Service improve our training for employees?

Theres no training

12. If you were harassed or you saw someone else being harassed, how would you handle the situation?