# EXHIBIT 17

Gmail

Rickey McGuire <rmcguire@craneserviceco.com>

---

## (no subject)
2 messages

---

**Carl Nelson** <carlnelson411@gmail.com> Tue, Feb 21, 2023 at 3:58 PM
To: Rickey McGuire <rmcguire@craneserviceco.com>

Rick,

Per our meeting yesterday, thank you again for your investigation findings and the individuals who cooperated to help you determine that my complaints were true.

Take care!

Carl

---

**Rickey McGuire** <rmcguire@craneserviceco.com> Mon, Feb 27, 2023 at 3:01 PM
To: Brian Mazzella <brianm@craneserviceco.com>

Rick McGuire
Safety Manager
Crane Services Company, Inc.
cell-202-669-8809
office-301-333-6200 ext. 104



[Quoted text hidden]