# EXHIBIT 18

## RE: Grievance

1 message

**Carl Nelson** <carlnelson411@gmail.com> Mon, Feb 27, 2023 at 12:27 PM
To: Steve Faulkner <steve@iuoelocal77.com>

Good afternoon Steve,

Unfortunately, crane service is still intentionally violating their weapons free workplace and anti-harassment policy.

I was dispatched on Saturday, informing me that I'll be going out to a jobsite Monday morning and to arrive approximately 6:30am. Once arrived, I was assigned to truck number ST-18. Now, inside the vehicle, on the drivers side rear floor (under the seat) appeared to be a single shotgun shell. I've provided the necessary photos for your review.

I would like for a grievance to be filed on my behalf. Thank you for your time and consideration in this matter.

Carl
[Quoted text hidden]