EXHIBIT 19

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CARL NELSON,<br><br>Plaintiff,<br><br>v.<br><br>CRANE SERVICE CO., INC.,<br><br>Defendant. | Case No. 8:24-cv-00766-ABA |

**CRANE SERVICE CO., INC.'S RESPONSES TO**
**PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS**

Defendant Crane Service Co., Inc., by and through counsel, submits these responses to Plaintiff Carl Nelson's First Set of Requests for Admissions.

**RESPONSES**

**REQUEST NO. 1:** Admit that Plaintiff was not disciplined by you prior to February 28, 2023.

**RESPONSE:** Denied.

**REQUEST NO. 2:** Admit that Plaintiff was not written up for violations of your policies or procedures prior to February 28, 2023.

**RESPONSE:** Admitted.

**REQUEST NO. 3:** Admit that you terminated your employment relationship with Plaintiff on February 28, 2023, prior to receiving his resignation.

**RESPONSE:** Denied.

**REQUEST NO. 4:** Admit that you deemed Plaintiff's failure to show for work on February 28, 2023 as a resignation.

**RESPONSE:** Admitted that Crane Service deemed Plaintiff's failure to show for work on February 28, 2023 as a resignation based on Plaintiff's stated intent to resign, which he


4937-2872-6832

communicated to Rickey McGuire and Steve Faulkner during a meeting held on February 27, 2023.

**<u>REQUEST NO. 5</u>:** Admit that you mailed a copy of NELSON 00502, a copy of which is attached hereto as **Attachment A**, prior to receiving NELSON 000033, a copy of which is attached hereto as **Attachment B**, at 9:38 PM.

**<u>RESPONSE</u>:** Admitted.

**<u>REQUEST NO. 6</u>:** Admit that Plaintiff's reports of harassment, in whole or in part, motivated the decision to terminate him on February 28, 2023.

**<u>RESPONSE</u>:** Denied.

**<u>REQUEST NO. 7</u>:** Admit that your investigation into Plaintiff's reports of harassment or discriminatory conduct revealed that your employees engaged in inappropriate joking and banter.

**<u>RESPONSE</u>:** Admitted that Crane Service's investigation revealed inappropriate joking and banter between employees; but none of that was directed at Plaintiff and Plaintiff was not exposed to it.

**<u>REQUEST NO. 8</u>:** Admit that your investigation into Plaintiff's reports of harassment or discriminatory conduct revealed that your employees used racial slurs during inappropriate joking and banter.

**<u>RESPONSE</u>:** Admitted that Crane Service's investigation revealed inappropriate joking and banter between employees that Plaintiff was not exposed to.

**<u>REQUEST NO. 9</u>:** Admit that your investigation into Plaintiff's reports of harassment or discriminatory conduct revealed that your employees used racial slurs at the Darcy Road Worksite.

**<u>RESPONSE</u>:** Admitted that one Crane Service employee mentioned the use of slurs during his investigation interview. Crane Service's entire investigation ultimately revealed that slurs were used between friends during inappropriate banter and joking, which Plaintiff was not exposed to.




4937-2872-6832

**REQUEST NO. 10:** Admit that your employees carried firearms at work during work hours at the Darcy Road Worksite.

**RESPONSE:** Admitted that Employees carried firearms before Crane Service implemented its Weapons-Free Workplace Policy on February 14, 2023.

**REQUEST NO. 11:** Admit that Lynn Perry is not one of your employees.

**RESPONSE:** Admitted.

**REQUEST NO. 12:** Admit that Andre Gilliam complained about the use of racial slurs by Mario Molina to you during the last ten (10) years.

**RESPONSE:** Denied.

**REQUEST NO. 13:** Admit that Plaintiff alerted Rickey McGuire that the February 27, 2023, incident regarding the shotgun shell which was reported by Plaintiff was discriminatory.

**RESPONSE:** Admitted that Plaintiff took the position that it was discriminatory, despite any evidence supporting that position.

**REQUEST NO. 14:** Admit that Rickey McGuire disagreed with Plaintiff that the February 27, 2023, incident regarding the shotgun shell which was reported by Plaintiff was discriminatory.

**RESPONSE:** Admitted that after investigating Plaintiff's complaint, Crane Service concluded that the shotgun shell was abandoned by a previous user of the vehicle, it was not left to intimidate Plaintiff, and it was not discriminatory.

**REQUEST NO. 15:** Admit that you conducted no investigation into the February 27, 2023, incident regarding the shotgun shell which was reported by Plaintiff.

**RESPONSE:** Denied.

**REQUEST NO. 16:** Admit that the investigation conducted into the February 27, 2023, incident regarding the shotgun shell which was reported by Plaintiff did not last longer than twenty-four (24) hours.

**RESPONSE:** Admitted

**REQUEST NO. 17:** Admit that John Mutispaugh remained employed by you after February 28, 2023.




4937-2872-6832

**RESPONSE:** Admitted.

**REQUEST NO. 18:** Admit that Mario Molina remained employed by you after February 28, 2023.

**RESPONSE:** Denied. Mario Molina has never employed by Crane Service.

**REQUEST NO. 19:** Admit that no employee was disciplined by you after Plaintiff's February 3, 2023, report regarding a hostile work environment.

**RESPONSE:** Admitted.

**REQUEST NO. 20:** Admit that no employee was disciplined by you after Plaintiff's February 27, 2023, report regarding the shotgun shell.

**RESPONSE:** Admitted.

Dated: April 7, 2025

Respectfully submitted,

/s/ Jake B. Mitchell

Jake B. Mitchell (Bar No. 30736)
Michael S. McNamara (*Pro Hac Vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street NW
Washington, DC 20036
(202) 663-8000
(202) 663-8007 (facsimile)
jake.mitchell@pillsburylaw.com
michael.mcnamara@pillsburylaw.com
*Attorneys for Defendant Crane Service Co., Inc.*




4937-2872-6832

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2025, I served a true and correct copy of the foregoing via electronic mail on the following:

Thomas J. Eiler, Esq.
Robert W.T. Tucci, Esq.
ZIPIN, AMSTER & GREENBERG, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910
(301) 587-9373
(240) 839-9142 (facsimile)
teiler@zagfirm.com
rtucci@zagfirm.com
*Counsel for Plaintiff Carl Nelson*

/s/ Jake B. Mitchell
Jake B. Mitchell



4937-2872-6832
4937-2872-6832