EXHIBIT 20

## Meeting follow up

1 message

**Rickey McGuire** <rmcguire@craneserviceco.com> Mon, Feb 27, 2023 at 6:44 PM
To: Carl Nelson <carlnelson411@gmail.com>

I just left you a voicemail message to follow up on our earlier conversation. After our discussion, I reviewed our weapons policy, and ammunition by itself is not a weapon nor an explosive, so there is no policy violation. My understanding is that Dispatch expects you to arrive by 7:30 am at D'Arcy Road tomorrow for your assignment. Otherwise, if you choose not to show up, then we will assume that you will no longer be employed with Crane Service Company.

Sincerely,
Rickey McGuire

Sent from my iPhone