EXHIBIT 21

Crane Service Company
ESTABLISHED 1926

9310 D'Arcy Road, Upper Marlboro, MD 20774 TEL 301.333.6200 FAX 301.333.6209

# Notice of Employee Separation

Complete 1) Employee Information, 2) Reason for Termination
3) Sign, date, attach supporting documentation and give copies to employee.

**1) Complete Employee Information (Please Print)**

Employee Name Carl Nelson Employee ID: 5589

Job Title: Apprentice

Employer / Client Name: Crane Service Co

Last Day Worked: February 28, 2023 Notification/Termination Date: February 28, 2023

**2) Reason for Termination - *Include explanation below**

| | | |
|---|---|---|
| X Voluntary Quit | ☐ Quit – reason below<br>☐ Accepted another job<br>☐ Moved<br>☐ Personal reason<br>☐ Transportation difficulties<br>☐ Illness / Medical<br>☐ Retirement<br>☐ School<br>☐ Quit – no reason given | X Abandoned job / failed to appear or call<br>☐ Dissatisfied / Company Policies<br>☐ Dissatisfied / Salary<br>☐ Dissatisfied / Supervisor<br>☐ Dissatisfied / Work Conditions<br>☐ Dissatisfied / Work Hours<br>☐ Failed to return from leave<br>☐ Military* |
| Involuntary Termination | ☐ Excessive tardiness or absenteeism<br>☐ Probationary Period<br>☐ Violation of drug/alcohol policy<br>☐ Job Eliminated<br>☐ Destruction of Company Property<br>☐ Violation of Company Policy<br>☐ Misconduct/Insubordination<br>☐ Sleeping on the job<br>☐ Deliberate unsatisfactory performance*<br>☐ Theft/Dishonesty*<br>☐ Lack of work | ☐ Violation of safety rule *<br>☐ Fighting on the job<br>☐ Falsifying documents<br>☐ Failure to attain or maintain license<br>☐ Lack of effort / unsatisfactory performance*<br>☐ Not qualified for job / inability to perform<br>☐ Other*<br>☐ Deceased<br>☐ Job refused |

Explanation / Events leading to separation: He did not appear for his job assignment on 2.28.23 at D'Arcy Road and he did not accept any phone calls from company representatives when he did not appear for work. Due to abandonment of his responsibilities, his actions constitute his "resignation" from Crane Service Company.

**3) Sign, date, attach supporting documentation and return this form to your Payroll Department.**

Supervisor / HR Signature [signature] Date 2/28/23

Printed Name and Title Alyssa Privitera - HR

Employee Signature ____________________ Date ____________

Printed Name

NELSON 000502