# EXHIBIT 22

Outlook

## Fwd: Carl Nelson

**From** Lynn Perry <lynnp@craneserviceco.com>
**Date** Mon 3/20/2023 1:38 PM
**To** Rickey McGuire <rmcguire@craneserviceco.com>

3 attachments (6 MB)
Carl Nelson Timeline.docx; Carl Nelson Documents.pdf; image.png;

---------- Forwarded message ---------
From: **John Steinhoff** <johns@craneserviceco.com>
Date: Wed, Mar 1, 2023 at 3:42 PM
Subject: Carl Nelson
To: Brian Mazzella <brianm@craneserviceco.com>, Rick Mazzella (rickmazzellacsc@gmail.com) <RickMazzellaCSC@gmail.com>, Lynn Perry <lynnp@craneserviceco.com>

Rick,

Please see the attached timeline and documents concerning Carl Nelson.

Sincerely,

--
**John Steinhoff**
**Controller**
**Cell: 301-512-4537**
**Office**: 301-333-6200
**Fax**: 301-333-6210

Crane Service Company
ESTABLISHED 1926

**Web: www.craneserviceco.com**

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.