EXHIBIT 23

Carl Nelson

- 2/3/23 8:39AM – Brian Mazzella received an email from Steve Faulkner Local 77 Business Representative informing Brian of the Grievance reported to Local 77 by Carl Nelson
- 2/3/23 12:45PM – Rickey McGuire and Lynn Perry meet with Carl Nelson
- 2/7/23 – Company conducted interviews with employees as part of the investigation
- 2/10/23 6:38AM – Carl emailed Rickey McGuire acknowledging a voicemail from Rickey McGuire and asks about the outcome.
- 2/10/23 7:15AM - Rickey McGuire replies to Carl that an investigation was conducted and a new policy will be rolled out the following week.
- 2/13/23 9:08AM - Carl emailed Rickey McGuire asking for a copy of the policy
- 2/13/23 11:43AM - Rickey McGuire replies to Carl that there will be a meeting about the policy and everyone will receive the policy then
- 2/14/23 – All Hands Stand-down Meeting occurred to discuss the new Weapons Policy and Anti-Harassment Policy and to distribute the policy to employees.
- 2/20/23 – Rickey McGuire and Alyssa Privitera have a follow up meeting with Carl Nelson
- 2/21/23 3:58PM – Carl emailed Rickey McGuire acknowledging the meeting and thanking him for investigating the complaint.
- 2/27/23 6:23AM – Crane Service vehicle ST-18 arrives at Company Yard driven by another employee (we have video of this)
- 2/27/23 6:26AM to 6:40AM – Carl interacts with multiple employees, Dispatch, and loads ST-18 with a box in the passenger side front seat (we have video of this).
- 2/27/23 6:40AM – Carl leaves in ST-18 for a jobsite in Ashburn, VA
- 2/27/23 8:11AM – Carl arrives at Ashburn, VA job site
- 2/27/23 11:49AM – Carl leaves Ashburn, VA job site in ST-18
- 2/27/23 12:08PM – Carl stops at a shopping center in Ashburn, VA until 12:53PM
- 2/27/23 12:41PM - Brian Mazzella received an email from Steve Faulkner Local 77 Business Representative informing Brian that Carl Nelson found a shotgun shell in the floorboard of ST-18
- 2/27/23 1:40PM – Carl Nelson returns to the Company Yard in ST-18 and notifies Dispatcher Brent Loveless of the shotgun shell (we have video of this)
- 2/27/23 2:00PM - – Rickey McGuire had a meeting with Carl Nelson and Steve Faulkner
- 2/27/23 5:49PM - Rickey McGuire called Carl Nelson and left him a voicemail
- 2/27/23 6:44PM – Rickey McGuire emailed Carl Nelson to follow up on the meeting earlier and to communicate that he is expected to report to the Yard at 7:30AM for assignment tomorrow and if he chooses not to show up, then we will assume that he no longer wants to be employed at Crane Service.
- 2/28/23 – Carl Nelson is a no show, no call for his 7:30AM reporting time
- 2/28/23 – Carl Nelson is terminated by the Crane Service, his termination paper work and final pay check were mailed to him by certified mail

- 2/28/23 3:54PM – Brain Mazzella emailed the Local 77 union Business Representative Steve Faulkner informing them that Carl Nelson's employment at Crane Service was terminated.
- 2/28/23 5:00PM - Steve Faulkner replies to Brian Mazzella's email confirming receipt of the notice of separation of service for Carl Nelson.
- 2/28/23 9:38PM – Carl Nelson emailed Rickey McGuire resigning his position citing intolerable work conditions and or treatment.