EXHIBIT 24

Sent from my iPhone



Carl Nelson Feb 28
to Rickey, Berry, Steve

| | |
|---|---|
| From | Carl Nelson • carlnelson411@gmail.com |
| To | Rickey McGuire • rmcguire@craneserviceco<br>.com |
| Cc | Berry Gilroy • jatc77@gmail.com<br>Steve Faulkner • steve@iuoelocal77.com |
| Date | Feb 28, 2023, 9:38 PM |
| | View security details |

To whom it may concern,

I'm turning in my letter of resignation/quitting the job with Crane Service because of intolerable work conditions and or treatment.

Carl

Show quoted text

Reply Reply all Forward

99+