# EXHIBIT 25

Helping Our People Evolve
H.O.P.E
Behavioral Health

February 28, 2023

To Whom It May Concern:

Mr. Carl Nelson has been seen under my care, Kiana Byrd LCPC, since 8/25/2021. Mr. Nelson participates in mental health therapy on a weekly basis. Mr. Nelson had been reporting since January, experiencing workplace environment issues that include racism, nepotism and prejudice treatment that exacerbates his mental health condition. In session we discussed ways to manage and cope feelings associated with what he is experiencing. Mr. Nelson made me aware of an increase in symptoms the impact his mental health stemming from a workplace environment issues on 2/27/2023. These issues resulted in him not feeling safe enough to complete the job and guaranteed his mental stability due to coping skills he had not being sufficient enough to manage what he was experiencing. I advised Mr. Nelson not to return to work due to him not feeling safe enough to return that type of environment.

Best Regards,

Kiana Byrd LCPC

Kiana Byrd, LCPC
H.O.P.E. Behavioral Health, Inc
Therapist
Phone: 240-280-3245
Cell: 240-292-9313
Fax: 240-280-3234
Email: kiana.byrd@hopebh.com