# EXHIBIT 27

Planet Depos
We Make It Happen™

# Transcript of John Steinhoff, Designated Representative

**Date:** April 2, 2025
**Case:** Nelson -v- Crane Service Co., Inc.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CARL NELSON | X | |
| Plaintiff | X | |
| V | X | Case No: |
| CRANE SERVICE CO., INC. | X | 8:24-CV-00766-GLS |
| Defendant | X | |

Deposition of CRANE SERVICE CO., INC.,

By and Through its Designated Representative

JOHN STEINHOFF

Wednesday, April 2, 2025

10:06 a.m.

Job No.: 579037

Pages: 1 - 188

Reported By: Michael Antonio Rodriquez

document.

Q. Can you read it for the record, sir?

A. Policy states, if an employee is absent for three consecutive days without notifying management, preferably their immediate supervisor, the employee is presumed to have abandoned the job, and may be terminated under this provision as a provision of a voluntary quit at the discretion of management.

Q. Okay. Noted. Was this in effect in or about February of 2023, this policy?

A. Yes.

Q. Okay.

Okay. Now, Topic 10, looking for identification, description of the policies, procedures relating to time and attendance, including job abandonment and failures to show.

Does the company differentiate between those two terms?

A. Can you read back the last question?

Q. Let me try it a different way. I'll withdraw the question.

Is there a difference -- does the company -- is the company cognizant of a difference between a failure to show, or job abandonment, as it relates specifically to Topic 10?

A. I would say job abandonment and failure to show both apply to an individual not showing up for work without, and not calling a supervisor to inform them that they won't be there, or without informing the company of their plan to resign.

Q. So there's no difference between the two terms; isn't that right?

Just a "yes" or "no" question, sir.

A. According to the policy, I would say job abandonment is different from failure to show.

Q. Okay. And what in the policy supports that position, please?

A. It says here, an absence is the failure to report, and then later on it says, if an employee is absent for three consecutive days

without notifying management, preferably their immediate supervisor, the employee is presumed to -- to have abandoned the job, and may be terminated under the provision of voluntary quit at the discretion of management.

Q. So you would agree with me that three failures to show equals one job abandonment; does that sound right?

A. According to this policy.

Q. Okay. And this was the policy in effect in February of 2023; is that accurate?

A. Correct.

Q. Okay. Okay.

So we move on to Topic 11. An identification, description of your policies and procedures relating to termination during the period of January 1, 2022 through the present, including but not limited to your progressive discipline policy, if any, leading up to termination the implications of any collective bargaining agreement on termination of your employees, including Plaintiff, and the

effective dates of any such policies and procedures, and when and if such policies and procedures will ever change.

Are you prepared to offer sworn testimony under oath as it relates to topic No. 11?

ATTORNEY McNAMARA: You got all that? Do you need him to go through it again slowly? Because he read all that really long thing real fast.

ATTORNEY EILER: Counsel, please, get off the record. You're not making an objection, you're speaking, you're delaying, you're frustrating the deposition.

Thank you.

BY ATTORNEY EILER:

Q. Now... okay.

So can you identify for me the procedures relating to termination? That were in effect in February of 2023?

A. That is a -- a broad umbrella.

Q. Is there any more to that answer,