EXHIBIT 28

In instances when an employee commits such serious traffic violations and FMCSA requirements are such that an employee is no longer able to perform he essential functions of his or her job, the Company may consider alternative positions or immediate discharge, as business needs dictate. Further, the Company reserves the right to modify its Progressive Disciplinary Action policy in respect to serious traffic violations when it determines that more severe discipline is warranted.

## ANTI-DISCRIMINATION/HARASSMENT POLICIES

The Company is dedicated to providing equal opportunity for employment or advancement to qualified applicants or employees and to providing employees with a work environment devoid of harassment and discrimination. This section provides an overview of company policies. There are many states that have their own laws or requirements, which may differ from this Handbook. The EEO Officer will provide or post the necessary information on the appropriate bulletin board.

The Company is committed to the practice and philosophy of employing personnel based upon their training, experience and overall qualifications. There will be no discrimination by management, supervisors or employees against an applicant or an employee because of race, religion, color, gender, sexual orientation, national origin, age, disability, marital status or veteran status.

It is the responsibility of all employees to make an effort in achieving the equal employment opportunity/affirmative action goals of the Company.

**VIOLENCE AND THREATS**

It is the policy of the Company to strive to maintain a work environment free from intimidation, threats, or violent acts. This includes but is not limited to, intimidating, threatening or hostile behaviors, physical abuse, vandalism, arson, sabotage, use of weapons, carrying weapons of any kind onto Company property, or any other act, which, in management's opinion is inappropriate for the workplace. In addition, jokes or offensive comments regarding violent events will not be tolerated.

Employees who feel they have been subjected to, or witnessed, any of the behaviors listed above should immediately notify their respective supervisor or, in the absence of the supervisor, the EEO officer. Complaints will be investigated and disciplinary action taken, as necessary. In the case of an immediate threat to safety of the employee, or others, they have the authority to contact law enforcement officials without first informing management.

The Company reserves the right to conduct searches and inspections of employees' personal effects, including, but not limited to, lunch pails, boxes, thermoses, purses, packages, or vehicles; or Company provided materials including, but not limited to, lockers, desks, personal computer files, cabinets, or file drawers, without notice. A minimum of two members of the management team and the employee should be present during any search. The Company must have a duplicate key for any furniture or equipment the employee may lock. Any illegal and unauthorized articles discovered may be taken into custody and may be turned over to law enforcement representatives.

Any Company employee who refuses to submit to a search or who is found in possession of prohibited articles will be subject to disciplinary action up to and including termination.

**HATE SPEECH / HARASSMENT**

The Company is committed to providing a work environment that is free of harassment in any form. In keeping with this commitment, we will not tolerate harassment of Company employees by anyone, including any supervisor, co-worker, vendor, client or customer of the Company. This includes any hate speech regarding a person's race, religion, color, gender, sexual orientation, national origin, age, disability, marital status or veteran status.

Harassment consists of unwelcome conduct, whether verbal, physical, or visual, that is based upon a person's protected status, such as sex, color, race, religion, national origin, age, medical condition, disability, marital status, veteran status, citizenship status, or other protected group status. The Company will not tolerate harassing conduct that affects tangible job benefits, that interferes unreasonably with an individual's work performance, or that creates an intimidating, hostile, or offensive working environment.

Sexual harassment deserves special mention. Unwelcome sexual advances, requests for sexual favors, and other physical, verbal, or visual conduct based on sex constitute sexual harassment whether explicit or implicit. Sexual harassment may include explicit sexual propositions, sexual innuendo, suggestive comments, sexually oriented kidding or teasing, practical jokes, jokes about gender-specific traits, foul or obscene language or gestures, display of foul or obscene printed or visual material, and physical contact such as patting, pinching, or brushing against another's body. Sexual harassment does not mean an occasional compliment of a socially acceptable nature. A complaint of sexual harassment does not have to come from the individual the comment or activity was directed towards but may come from an observer or anyone else who found the activity to be harassing/offensive in nature. The following guidelines set the general definition of sexual harassment.

- When sexual advances or requests for sexual favors or other verbal or physical conduct of a sexual nature are unwelcome or are made a condition of employment.
- When submission to or rejection of such conduct is the basis for employment decisions affecting the employee.
- When such conduct creates an intimidating, hostile or offensive working environment.

All Company employees are responsible to help assure that we avoid harassment. If you feel that you have experienced or witnessed harassment, you are to notify your supervisor or, when the supervisor is not available, the EEO officer immediately. Retaliation against anyone for reporting sexual harassment, assisting in making a sexual harassment complaint, or cooperating in a sexual harassment investigation will result in disciplinary action up to and including termination.

The Company's policy is to investigate all such complaints thoroughly and promptly. A written report should be made of any complaint and subsequent inquiry. To the fullest extent practical, the Company will keep complaints and the terms of their resolution confidential. If an investigation confirms that harassment has occurred, the Company

will take corrective action, including such discipline, up to and including immediate termination of employment, as is appropriate.

**FALSE ACCUSATIONS**

Anyone who is proven to bring false accusations or allegations against someone is subject to discipline up to and including termination.

**COUNSELING AND DISCIPLINE**

The Company expects professional conduct and performance from its employees in order to maintain the safe and orderly operation of the business. Counseling is the mechanism for management to inform the employee regarding their performance. It is important to note that counseling can be positive as well as negative.

The counseling and discipline process is designed to ensure fair and equitable treatment of all employees. All instances where disciplinary action may be considered will be thoroughly examined and addressed on an individual basis, considering the specific circumstances, overall work record and length of service of the employee.

Although the Company believes in a progressive disciplinary process, discipline may range from an informal discussion with the employee to immediate termination, depending on the Company's opinion of the seriousness of the situation.