**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CARL NELSON,

Plaintiff,

v.

CRANE SERVICE CO., INC.,

Defendant.

Case No. 8:24-cv-00766-ABA

**REPLY DECLARATION OF MICHAEL MCNAMARA IN SUPPORT OF DEFENDANT CRANE SERVICE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

I, Michael McNamara, declare:

1. I am over the age of eighteen (18) and am competent to testify to the matters stated in this Declaration of which I have personal knowledge.

2. I am a partner at Pillsbury Winthrop Shaw Pittman LLP, counsel for Defendant Crane Services Company in connection with the above-referenced litigation.

3. Attached as **Exhibit A** is a true and accurate copy of Plaintiff's Federal Rule of Civil Procedure 26(a)(1) initial disclosures, served on November 1, 2024.

4. Attached as **Exhibit B** is a true and accurate copy of excerpts from the transcript of Plaintiff Carl Nelson's deposition, taken on April 3, 2025.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on September 26, 2025

Michael McNamara

Michael McNamara