**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CARL NELSON,
*Plaintiff*,

v.

CRANE SERVICE CO., INC.,
*Defendant*

Civil Action No.
24-cv-00766-ABA

# ORDER

Upon consideration of Defendant's motion for summary judgment, ECF No. 80, and all response and reply briefs therefrom, and having held a hearing on November 25, 2025, ECF No. 86, the Court hereby ORDERS as follows:

1. Defendant's motion for summary judgment, ECF No. 80, is DENIED; and
2. Within 14 days of this Order, the parties SHALL FILE a joint status report with their position(s) as to further proceedings.

Date: January 15, 2026

/s/
Adam B. Abelson
United States District Judge