**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CARL NELSON,<br><br>Plaintiff,<br><br>v.<br><br>CRANE SERVICE CO., INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 8:24-cv-00766-GLS |

**NOTICE OF ERRATA**

COMES NOW, Plaintiff Carl Nelson ("Plaintiff"), by and through undersigned counsel, hereby submits this Notice of Errata as it relates to this Trial Brief filed yesterday, September 23, 2026. Specifically, due to an scriveners error, Plaintiff notes that the sentence "Title VII, Section 1981, and PGHRA…" on Page 7 should read "Title VII and Section 1981". Similarly, "[h]owever, under MFEPA…" on Page 7 should read "under Maryland law". These edits are consistent with the Parties' jointly proposed jury instructions and controlling Maryland law as explained in *Ruffin Hotel Corp. of Md. v. Gasper*, 418 Md. 594, 614 (2011).

Respectfully submitted,

*/s/ Thomas J. Eiler*
Thomas J. Eiler, Esq., Bar No. 30622
Robert W.T. Tucci, Esq. Bar No. 31356
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
(301) 587-9373
(240) 839-9142 (f)
teiler@zagfirm.com
rtucci@zagfirm.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of September 2026, a copy of the foregoing was served via electronic and/or first-class, postage pre-paid, mail upon:

Jake B. Mitchell, Esq. Bar No. 30736
Michael S. McNamara (*admitted pro hac vice*)
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW
Washington, DC 20036
jake.mitchell@pillsburylaw.com
michael.mcnamara@pillsburylaw.com
*Counsel for Defendant*

*/s/ Thomas J. Eiler*
Thomas J. Eiler, Esq.