**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CARL NELSON,

Plaintiff,

v.

CRANE SERVICE CO., INC.

Defendant.

Case No. 8:24-cv-00766-ABA

**CRANE SERVICE'S OBJECTIONS**
**TO PLAINTIFF'S TRIAL EXHIBITS**

Defendant Crane Service Co., Inc. respectfully objects to Plaintiff Carl Nelson's proposed trial exhibits listed in the parties' joint pretrial order (Dkt. 108) as follows:

| Plaintiff Trial Exhibit No. | Date | Description | Bates No./ Doc Source | Objections |
|---|---|---|---|---|
| 1 | 11/15/2022 – 2/28/2023 | Plaintiff's diary notes | NELSON000011-23, NELSON000481 | Hearsay |
| 4 | 1/16/2023 | Text message from David Roy | NELSON000044 | Hearsay |
| 6 | 2/1/2023 | Follow-up correspondence on race discrimination | NELSON000034 | Completeness |
| 7 | 2/3/2023 | Follow-up correspondence on race discrimination | NELSON000475 | Completeness |
| 8 | 2/3/2023 | Faulkner correspondence to Brian Mazzella re: Nelson grievance | Local 77 Doc 0000089-90 | Completeness |

| Plaintiff Trial Exhibit No. | Date | Description | Bates No./ Doc Source | Objections |
|---|---|---|---|---|
| 9 | 2/3/2023 | Faulkner message re: scheduling meeting | NELSON000476 | Completeness |
| 11 | 2/3/2023 | Investigative summary notes | CSC00009985 pgs. 4-6 | Hearsay within hearsay: But, Crane Service will not object if court instructs jury that it is only to consider what Carl Nelson reported to Crane Service during the investigation for the fact that he reported those things – not that they are true. |
| 14 | 2/21/2023 | Nelson email to McGuire re: confirmed findings | CSC00009985 at pg. 20 | Completeness |
| 15 | 2/27/2023 | Nelson email to Faulkner re: continuing violation of weapons policy | NELSON000498 | Completeness |
| 18 | 3/20/2023 | Lynn Perry email to McGuire with timeline | CSC00009983 | Completeness |
| 19 | 3/xx/2023 | March 2023 Nelson timeline | CSC00009984 | Completeness (but if this is combined with Ex. 18, we will withdraw our objections to both) |
| 21 | 2/28/2023 | Kiana Byrd letter re: recommendation for Nelson not to work | NELSON000035 | Hearsay |
| 22 | 3/24/2023 | Crane Service EEO-1 form | CSC00027360 | Relevance and 403 |

Counsel will be prepared to discuss these objections at the September 30, 2026 pretrial conference.

Dated: September 25, 2026

Respectfully submitted,

*/s/ Jake B. Mitchell*
Jake B. Mitchell (Bar No. 30736)
Gerald Zingone (Bar No. 22908)
Michael S. McNamara (admitted pro hac vice)
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW
Washington, DC 20036
jake.mitchell@pillsburylaw.com
gerald.zingone@pillsburylaw.com
michael.mcnamara@pillsburylaw.com
*Counsel for Defendant Crane Service Co., Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2026, I caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's CM/ECF system.

*/s/ Jake B. Mitchell*
Jake B. Mitchell