**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| CARL NELSON,<br><br>*Plaintiff,*<br><br>v.<br><br>CRANE SERVICE CO., INC.,<br><br>*Defendant.* | Case No.: 8:24-cv-00766-ABA |

**PART I**
**RACE-BASED HOSTILE WORK ENVIRONMENT AND HARASSMENT**

**QUESTION 1.** Has Mr. Nelson proven that he was subjected to a race-based hostile work environment under Title VII and the Prince George's County Code?

**YES** ___________ **NO** ___________

**QUESTION 2.** Has Mr. Nelson proven that he was subjected to a race-based hostile work environment under 42 U.S.C. § 1981?

**YES** ___________ **NO** ___________

**QUESTION 3.** Has Mr. Nelson proven that he was subjected to a race-based hostile work environment under the Maryland Fair Employment Practices Act?

**YES** ___________ **NO** ___________

***If you answered YES to Question 1, 2, or 3, go to Questions 4 and 5. Otherwise, go to Part II.***

**QUESTION 4.** Has Mr. Nelson proven that the conduct you found in answering yes to Question 1 or 2 is imputable to Crane Service?

**YES** ___________ **NO** ___________

**QUESTION 5.** Has Mr. Nelson proven that Crane Service was responsible for the conduct you found in answering yes to Question 3?

**YES** ___________ **NO** ___________

***Go to Part II.***

## PART II
## DISCHARGE AND RACE DISCRIMINATION

**QUESTION 6.** Has Mr. Nelson proven that Crane Service actually discharged him on February 28, 2023?

**YES** ___________ **NO** ___________

***If you answered YES, skip Question 7 and go to Question 8. If you answered NO, answer Question 7.***

**QUESTION 7.** Has Mr. Nelson proven that Crane Service constructively discharged him?

**YES** ___________ **NO** ___________

***If you answered YES, go to Question 8. If you answered NO, do not answer any further questions; your foreperson should sign and date this form below.***

**QUESTION 8.** Has Mr. Nelson proven that, but for his race, he would not have suffered the discharge you found in Question 6 or Question 7?

**YES** ___________ **NO** ___________

**QUESTION 9.** Has Mr. Nelson proven that his race was a motivating factor in the discharge you found in Question 6 or Question 7?

**YES** ___________ **NO** ___________

***Go to Part III.***

## PART III
## RETALIATION

**QUESTION 10.** Has Mr. Nelson proven both that:

- he engaged in protected activity by opposing race discrimination or race-based harassment that he reasonably and in good faith believed was unlawful; and
- Crane Service knew of that protected activity before the discharge?

**YES** ___________ **NO** ___________

***If you answered YES, go to Question 11. If you answered NO, do not answer any further questions; your foreperson should sign and date this form below.***

**QUESTION 11.** Has Mr. Nelson proven that his protected activity was a but-for cause of the discharge you found in Question 6 or Question 7?

**YES** ___________ **NO** ___________

***Go to Question 12.***

**QUESTION 12.** Has Mr. Nelson proven that his protected activity was a motivating factor in the discharge you found in Question 6 or Question 7?

**YES** ___________ **NO** ___________

***Your foreperson should sign and date this form below.***

The foregoing represents the unanimous verdict of the jury.

_____________________________ _____________________________

Date Foreperson